UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-CV-1363 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant the United States Department of State hereby responds to the Complaint of

Plaintiff Judicial Watch, Inc. as follows.

## FIRST DEFENSE

Some or all of the records sought by Plaintiff may be exempt, in full or in part, from

release under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

* * * * *

In response to the individually numbered paragraphs contained in the Complaint,

Defendant states as follows:

## JURISDICTION AND VENUE

1. This paragraph contains conclusions of law, to which no response is required.

2. This paragraph contains conclusions of law, to which no response is required.

## PARTIES

3. Defendant lacks knowledge or information sufficient to form a belief about the truth

of the allegations in this paragraph.

1

4.  Defendant admits the allegations in the first sentence of this paragraph.  The second sentence contains conclusions of law, to which no response is required.

## STATEMENT OF FACTS

5.  Defendant admits the allegations in this paragraph.

6.  Defendant admits the allegations in this paragraph.

7.  This paragraph contains Plaintiff's characterization of the FOIA and conclusions of law, to which no response is required.  To the extent that a response is deemed to be required, Defendant respectfully refers the Court to the FOIA, and denies any such allegations.

8.  As to this paragraph, Defendant admits that, as of the date on which Plaintiff filed the Complaint, Defendant had not supplemented its June 5, 2013 acknowledgment letter to Plaintiff, conducted a search for the records sought by Plaintiff, or released any responsive, non-exempt records.  The remainder of this paragraph contains plaintiff's characterization of the FOIA and Defendant's June 5, 2013 letter, to which no response is required.  To the extent that a response is deemed to be required, Defendant respectfully refers the Court to the FOIA, and to Defendant's letter for a complete and accurate statement of its contents.

9.  This paragraph contains Plaintiff's characterization of the FOIA and conclusions of law, to which no response is required.  To the extent that a response is deemed to be required, Defendant respectfully refers the Court to the FOIA, and denies any such allegations.

## COUNT 1

10.  Defendant repeats and incorporates by reference its responses to paragraphs 1 through 9.

11.  This paragraph contains Plaintiff's characterization of the FOIA and conclusions of law, to which no response is required.  To the extent that a response is deemed to be required, Defendant respectfully refers the Court to the FOIA, and denies any such allegations.

12.  This paragraph contains conclusions of law, to which no response is required.  To the extent that a response is deemed to be required, Defendant denies any such allegations.

## REQUESTS FOR RELIEF

This unnumbered paragraph contains Plaintiff's requests for relief, to which no response is required.  To the extent that a response is deemed to be required, Defendant denies that Plaintiff is entitled to the relief requested, or to any other relief.

Defendant expressly denies all of the allegations in the Complaint that are not specifically admitted in this Answer.

WHEREFORE, Defendant requests that the Court dismiss the Complaint and enter such other and further relief for Defendant as is appropriate.

Dated: October 30, 2013                              Respectfully submitted,


                                                     STUART F. DELERY
                                                     Assistant Attorney General

                                                     JOHN R. TYLER
                                                     Assistant Director

                                                     */s/ Peter T. Wechsler*
                                                     PETER T. WECHSLER (MA 550339)
                                                     Senior Counsel
                                                     United States Department of Justice
                                                     Civil Division, Federal Programs Branch
                                                     20 Massachusetts Avenue, N.W.
                                                     Washington, D.C. 20530
                                                     Tel.: (202) 514-2705
                                                     Fax: (202) 616-8470
                                                     Email: peter.wechsler@usdoj.gov