UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 13-CV-1363 (EGS) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S REQUEST FOR EXTENSION OF TIME
## (UNOPPOSED)

Defendant hereby requests an extension of time from noon to 5 p.m. today to file a status report pursuant to the Court's August 13, 2015 Minute Order. Such an extension is necessary for defendant to file the status report.

Plaintiff's counsel stated that plaintiff takes no position on this request.

Dated: August 14, 2015

                                                                  Respectfully submitted,

                                                                   BENJAMIN C. MIZER
                                                                   Principal Deputy Assistant Attorney General

                                                                  MARCIA BERMAN
                                                                  Assistant Director

                                                                  */s/ Peter T. Wechsler*
                                                                  PETER T. WECHSLER (MA 550339)
                                                                  Senior Counsel
                                                                  United States Department of Justice
                                                                  Civil Division, Federal Programs Branch
                                                                  20 Massachusetts Avenue, N.W.
                                                                  Washington, D.C. 20530
                                                                  Tel.: (202) 514-2705