**Exhibit A**

```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


JUDICIAL WATCH, INC.,

            Plaintiff,              CA No.
                                   13-CV-1363 (EGS)
        vs.                        Washington, DC
                           July 31, 2015
UNITED STATES DEPARTMENT            11:22 a.m.
OF STATE,

            Defendant.
_____/



                TRANSCRIPT OF STATUS HEARING
          BEFORE THE HONORABLE EMMET G. SULLIVAN
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:      MICHAEL BEKESHA, ATTORNEY
                        Judicial Watch, Inc.
                        425 Third Street, SW, Suite 800
                        Washington, DC 20024
                        202-646-5172


For the Defendant:      PETER T. WECHSLER, TRIAL ATTORNEY
                        U.S. Department of Justice
                        Federal Programs Branch - Civil Div.
                        20 Massachusetts Avenue, NW
                        Washington, DC 20530
                        202-514-2705


Court Reporter:         JEFF M. HOOK, CSR, RPR
                        Official Court Reporter
                        U.S. Courthouse, Room 4700-C
              333 Constitution Avenue, NW
              Washington, DC 20001
                        202-354-3373



Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription.
```

**P R O C E E D I N G S**

1

2          COURTROOM DEPUTY:  Calling civil action 13-1363,

3   Judicial Watch, Inc. versus Department of State.  Would

4   counsel please approach the lectern and identify themselves

5   for the record.

6          MR. BEKESHA:  Good morning, your Honor.  Michael

7   Bekesha on behalf of Judicial Watch.  Along with me is Paul

8   Orfanedes and Tom Fitton.

9          THE COURT:  Alright, good morning.

10          MR. WECHSLER:  Good morning, your Honor.  Peter

11  Wechsler from the Department of Justice representing the State

12  Department.  Along with me are Elizabeth Shapiro and Marcia

13  Berman.

14          THE COURT:  Alright, good morning.  There was a

15  document filed last evening that seems to suggest that

16  whatever disputes there were, they've been resolved, is that

17  correct?  Have you seen that?

18          MR. BEKESHA:  Yes, we have, your Honor.

19          THE COURT:  Why don't you come forward.  Do you

20  agree?

21          MR. BEKESHA:  Thank you, your Honor.  With respect

22  to what was filed yesterday, when we filed the joint status

23  report on July 1st, there were three issues that were

24  involved:  When the State Department would search the 55,000

25  pages of e-mails; when the State Department would search

1  e-mails provided to them by Ms. Abedin and Ms. Mills; and then

2  the third issue was whether those additional searches was

3  sufficient to satisfy the standards of FOIA.  So when we filed

4  it, there were three issues of contention.  The Department of

5  State changed their position.  They satisfied now two of our

6  concerns, the first two issues, but one issue does remain.

7          THE COURT:  Alright.  And the remaining issue is

8  which one?

9          MR. BEKESHA:  Whether the State Department will

10  conduct additional searches, because the searches that have

11  been conducted to date are incomplete.

12          THE COURT:  Okay.  Does not the last paragraph of

13  the document, document 17, address that issue, that the

14  Department will also conduct a revised search of the records

15  system that were initially searched?  Does that not resolve

16  the third issue?

17          MR. BEKESHA:  It does not, your Honor.  What that

18  would be would be searching the same systems of records with

19  these search terms.  Our concern and the issue before the

20  Court is whether or not that search is sufficient because they

21  are incomplete systems records.  And the State Department has

22  known for the past three years -- or two years, that those

23  systems of records are incomplete.  Mrs. Clinton, several of

24  her aides used non State Department e-mail addresses to

25  conduct official business.  Those e-mails will not necessarily

1    be right in the system of records they search.

2          THE COURT:  So what do you believe that the

3    Government should be doing then to address the third issue

4    that you contend is unresolved?

5          MR. BEKESHA:  I think what we had originally asked

6    for was some information so that we had a better sense of what

7    systems of records are out there.  But for example, there may

8    be computer equipment, devices within the State Department

9    that may contain this information.  If Mrs. Clinton used a

10   desktop or a BlackBerry while at the State Department, when

11   she left that may have went to storage.  If it was unplugged

12   from the internet, it may be sitting in a basement with all of

13   her e-mails on it.  Those records could be searched.  There

14   may be backups of these devices that could be searched.  There

15   may be servers that may be able to be searched.  We just don't

16   know what all the possibilities are because the State

17   Department is unwilling to work with us and provide us this

18   very limited, very important information.  All we're trying to

19   do is figure out where else the State Department can look

20   within the State Department so that they satisfy their

21   obligations under FOIA.

22       I mean, the other possibility is, you know, it is not at

23   all clear and there's no evidence that all records -- that the

24   55,000 pages is all records that Mrs. Clinton has.  Judge Leon

25   on Wednesday held a hearing, asked the head of the FOIA

1  department for the State Department to testify.  And during

2  that hearing Mr. Hackett, who's head of the State Department's

3  FOIA, said that he does not know if all of the work related

4  e-mails have been turned over.  And he said that about

5  Mrs. Clinton, Ms. Abedin and Ms. Mills.  I have copies of the

6  transcript.  It was a two hour hearing so the court reporter

7  didn't get it done until 9:00 a.m. this morning.  So I brought

8  copies with me, and I'm happy to add it onto the record after

9  we're here.  I can point the Court to a few places where the

10 State Department admits that it does not know whether all of

11 the records that have been returned -- that were taken from

12 the State Department have actually been returned.

13          THE COURT:  Are we addressing the same issue, my

14 colleague and I, Judge Leon?

15          MR. BEKESHA:  Judge Leon's concern is more about the

16 processing because it's taken place over a four year period of

17 time.  In fact, whether or not there are other additional

18 searches does not appear to be at issue in that case.  That

19 case is primarily about the searching of the 55,000 pages

20 which the State Department has done here as well as other

21 records.  But nothing about where else the State Department is

22 obligated to search to find responsive records.

23          THE COURT:  So I want to make sure I understand what

24 you're saying.  You're saying that it's not enough for the

25 Government to say that it searched its own files, it should be

1  searching something else.  And what is the something else?

2         MR. BEKESHA:  Well, the something --

3         THE COURT:  Are you satisfied with the Government

4  saying it searched its own files for the relevant time period,

5  and that it will -- as I understand this status report, will

6  research some of its own files?  What is it that you contend

7  the Government should be doing in addition to searching its

8  own files?

9         MR. BEKESHA:  Well, like when they searched the

10 first time around in 2013, they're searching incomplete

11 systems of records.  They're searching places where they know

12 some records don't exist, and they don't want to go and search

13 where records could exist.  So for example, I'll make it a

14 little bit easier because when it gets into electronic records

15 it can be confusing.  But if you are storing records in a box,

16 you know, put paper in a box, and you know that you have a

17 federal record here and it's not in that box and that it could

18 be several hundred pages haven't been put in that box.  The

19 Government can't just go search that box and say, "I've done a

20 reasonable search," because they know that the records that

21 they're looking for aren't in that box, they're somewhere

22 else.  And that's what we have here, we have an instance

23 where --

24        THE COURT:  So you seem to suggest that the

25 Government knows that there are records elsewhere that they

1   aren't searching, and they're intentionally not searching

2   those records elsewhere?

3        MR. BEKESHA:  That's correct, your Honor.  And I

4   think the evidence shows that.  Secretary Clinton for her four

5   years used an e-mail address that was not state.gov.  She said

6   she sent e-mails to people in the State Department, so the

7   State Department knew that her records would not be in the

8   database they searched.  And they didn't tell us that when

9   they told us they searched her records.  They didn't tell us

10  that before we closed the case, they didn't tell us that after

11  we closed the case.  We read about it in the news, and we

12  filed the motion to reopen the case.

13      If they had said, you know, this is an incomplete record,

14  we probably wouldn't have closed the case at that point.  We

15  would have had to, you know, continue discussions and figure

16  out what the State Department could do to correct that issue.

17  So they didn't tell us at first, and now they continue not to

18  tell us where else the records may exist.  They could exist as

19  I said on an old desktop.  They could exist on a backup of a

20  server.  And they could exist in this server that Mrs. Clinton

21  may have and that she used.  And all of these places are

22  possible places that records could be find, and the Agency has

23  an obligation to conduct these searches because they know the

24  system of records that they are searching is incomplete.

25      THE COURT:  Alright, thank you.  Let me hear from

1  Government counsel.  Good morning.

2       MR. WECHSLER:  Good morning, your Honor.  As your

3  Honor mentioned, in the joint status report that was filed

4  Plaintiff raised three issues:  One, the Clinton e-mails, the

5  55,000 or so pages; two, any e-mails of Abedin or Mills that

6  were on a personal e-mail account; and three, assurances that

7  the searches that had been conducted of other existing

8  Department documents were satisfactory.  So the Department did

9  the following.  They agreed on search terms for the Clinton

10  e-mails.  They searched through electronically those 55,000

11  pages on the agreed search terms, and they determined there

12  were no responsive records.  Second, they searched the

13  documents that have been provided to date by Ms. Mills and

14  Ms. Abedin, and they determined that there were no responsive

15  records.  Again, using the same search terms that had been

16  agreed upon for the Clinton e-mails.  And as to the third

17  category, the Department agreed to research or conduct a

18  revised search of all the record systems that it had

19  determined were reasonably likely to have responsive records.

20  And those systems of records and offices were identified to

21  Plaintiff in the initial record, the transmittal letter with

22  the initial records that were provided.

23       So as a result, the Department is going to research the

24  Bureau of Human Resources, the Office of the Executive

25  Secretariat, the Office of the Legal Adviser and the Central

1   Foreign Policy Records.  Now, bear in mind that Plaintiff's

2   FOIA request in this case is extremely limited.  One, any and

3   all notifications of personnel action forms for Ms. Abedin.

4   Those have been provided through the initial search.  Two, any

5   and all contracts including, but not limited to, personal

6   services contracts between the Department and Ms. Abedin.  As

7   far as we know, there are no such documents, but again we will

8   research.  So three is really the topic at issue in the

9   reopening of the case:  Records regarding authorization for

10  Ms. Abedin to represent individual clients or otherwise engage

11  in outside employment while employed by the Department.  That

12  is a fairly narrow set of personnel records, records for

13  authorization of outside employment.  So it is entirely

14  reasonable that the Department determined that, for example,

15  the Human Resources Bureau, the Office of the Executive

16  Secretariat and the other offices that I mentioned would be

17  reasonably likely to have responsive records.

18      So at this point my suggestion is that the Department

19  follow through on the statement in its status report that it

20  will conduct a revised search of all those systems of records

21  to find any additional documents, again using the agreed

22  search terms that the parties had already come to agreement

23  on.  And that if at that point it is necessary, a declaration

24  be submitted detailing the searches that were conducted and

25  the processing of any additional responsive records.  And only

1  then should Plaintiff be permitted to discuss what seem to be

2  very far afield items such as discovery of equipment, devices,

3  technology.  Because this is a FOIA request, this is not a

4  Federal Records Act case.  And by the way, Plaintiffs did

5  bring a Federal Records Act case against the Department

6  regarding this exact issue of the 55,000 e-mails.  That is

7  before another judge, that is pending.  And they can --

8          THE COURT:  Which judge is that, is that Judge Leon?

9          MR. WECHSLER:  No, that is Judge Boasberg.  And by

10  the way, the number of that is --

11          THE COURT:  Shouldn't one judge -- not me, shouldn't

12  one judge have all these cases?  Maybe the three of us should

13  talk.  Any objection to one judge resolving all these issues?

14          MR. WECHSLER:  I'm not prepared to respond to that

15  today, but I will say that the civil action number is 15 --

16          THE COURT:  Are there any other lawsuits kicking

17  around in our court?

18          MR. WECHSLER:  Oh yeah, Judicial Watch has many

19  cases involving these records.  That case number is 15-cv-785

20  (JEB).  Now, the other distinction -- so again, we're not on a

21  Federal Records Act case here.

22          THE COURT:  Correct.

23          MR. WECHSLER:  The other distinction is the AP case

24  did not involve these FOIA requests, it was something

25  completely different.  There were five different categories,

1 and the only interrelation is one of them involved Ms. Abedin,

2 but it involved a very different point.  It involved her

3 employment as a special government employee, not authorization

4 for outside employment.  That's apples and oranges.  So

5 whatever occurred in another hearing in another case brought

6 by Plaintiff really does not bear upon whether or not the

7 Department is exercising its reasonable efforts here.

8           THE COURT:  So let me see if I understand what

9 you're saying.  You're proposing that the Government research

10 using terms that have been agreed upon by the parties, and

11 then produce as appropriate subject to challenge by the

12 Plaintiff with respect to the adequacy of that search?

13           MR. WECHSLER:  Yes, your Honor.

14           THE COURT:  I think I agree with that.  I mean, I

15 think I agree with that, that's reasonable.  Because you come

16 back and say this is what we've done, we've used the terms

17 we've agreed to.  This is what we're producing, this is what's

18 privileged, whatever.  Then Plaintiff is in a position to say,

19 you know what judge, that's inadequate for the following

20 reasons then.  I think, but let me invite Plaintiff's counsel

21 back.  But I'm actually going to talk to my colleagues about

22 one judge, not me, having all these cases.  It seems to me I

23 think there are too many judges.

24           MR. BEKESHA:  Sure, your Honor, I can address that

25 point first.  Judicial Watch does have several cases.

1          THE COURT:  That address the 55,000 e-mails?

2          MR. BEKESHA:  All different issues, issues relating

3  to Mrs. Clinton's e-mails, the actual records; some records

4  related of other aides, their e-mails; FOIA requests about the

5  fact that Mrs. Clinton had a private e-mail server, so we have

6  some requests about that.  There may be about 10 or so.

7          THE COURT:  10 lawsuits?

8          MR. BEKESHA:  About 10 lawsuits on ours.  There's --

9          THE COURT:  Is there a judge in this court who does

10  not have one of these cases?

11          MR. BEKESHA:  I don't know about that.  I do know

12  that I believe it was Judge Contreras on at least two

13  occasions, one in one of our cases --

14          THE COURT:  I don't know if it would be burdensome

15  for one judge to have everything.

16          MR. BEKESHA:  He asked about consolidation.

17          THE COURT:  Which judge was that?

18          MR. BEKESHA:  Contreras.

19          THE COURT:  Is he interested in that?

20          MR. BEKESHA:  I think he may have been.  I know the

21  Government's position -- I don't want to state what their

22  position is, but I think they pretty much said they didn't

23  think it was appropriate at that time.  You know, after one of

24  the hearings we reached out to the Government and said do we

25  want to sit down and talk about all of these cases.  We

1  haven't heard back about that.  So if you think it makes sense

2  for one judge to handle all of these cases --

3       THE COURT:  You know what, I'm going to send an

4  e-mail to my colleagues, just raise it, you know.  I mean,

5  we're all independent.  But if you're telling me there are 10

6  lawsuits that are arguably related and grow out of the same

7  subjected matter, Mrs. Clinton's e-mails, it seems to me one

8  judge would then -- you know, I don't know.

9       MR. BEKESHA:  And then with respect to the Federal

10 Records Act lawsuit that the Government talked about, that's a

11 very different lawsuit.  That's a lawsuit to compel Secretary

12 Kerry to recover all e-mails taken from the State Department.

13      THE COURT:  That sounds different, right.

14      MR. BEKESHA:  Yeah, so that's very different from

15 the case that's here.  The reason I think it's improper to

16 wait for summary judgment whenever that may occur -- and that

17 may not occur for quite some time, the Government still hasn't

18 said when it expects Mrs. Clinton to finish producing all of

19 the records she may have or if she ever will.  And Ms. Abedin

20 and Mills is the same.  We also relied on their statements

21 that they conducted a search the first time around, and we

22 learned through the media that we were mistaken in taking

23 their word for what they did.  We don't think we need to wait

24 more time for them to conduct searches -- which they won't

25 even say will they go search these other systems of records

1    that would be appropriate to search.

2              THE COURT:  It's speculation though, isn't it, about

3    these other systems that may or may not exist?  I mean, what

4    is the extent to which the Government has an obligation to

5    search?  The Government has an obligation to search its

6    records, right?

7              MR. BEKESHA:  They have an obligation to search

8    their records using methods that are reasonably expected to

9    produce responsive records.

10             THE COURT:  Right.

11             MR. BEKESHA:  It's not reasonably expected to

12   produce responsive records if you know that the records aren't

13   going to be where you're looking.  The State Department wants

14   to once again search a system of records that's incomplete.

15   They're going to search the Office of the Executive

16   Secretariat.  That's supposed to have all the e-mails of the

17   Office of the Secretary.  They're going to search that, but

18   Ms. Mills, Ms. Abedin and Mrs. Clinton didn't exclusively --

19   and Mrs. Clinton didn't use at all, the State Department's

20   e-mail server.  So those records aren't going to be there, and

21   they know they're not going to be there.  But they want to go

22   and search there again.

23             THE COURT:  Did Mrs. Clinton admit that she used a

24   private server?

25             MR. BEKESHA:  Mrs. Clinton said that she used a

1  server that was not state.gov.  Whether or not that's personal

2  or private is still unclear.  She used it as the head of the

3  agency for the four years she was the head of the agency.

4  Arguably she made a decision that the system of records she

5  was going to use was this server.  Maybe that server was

6  property of the State Department as she was the head of the

7  agency.  We don't know that, that's another issue.  You know,

8  these are all issues that we've tried to discuss with the

9  Government, and the Government says we're searching the

10 55,000, you know, trust us, we're going to do the correct

11 searches, you know, that's good enough under FOIA.  Well, it's

12 not.  We did that once and now we're back.  We had to reopen

13 this case a year later, and we have to spend more time in

14 court trying to figure out what's good enough, what we should

15 believe the Government is doing and should we take their word

16 on face value.  And we just don't think that's appropriate at

17 this time.  We think we shouldn't have to wait until who knows

18 when to brief the issue.  Let the Court resolve it.  I think

19 the Court can start resolving it today.

20     The first step is to identify places in which information

21 records may be stored.  If there are no desktops or

22 BlackBerries sitting around in a basement, then they can't

23 search there.  The answer to that question, that issue is off

24 the table.  If the State Department doesn't backup their

25 systems -- backup computers, backup servers -- then they can't

1   search there.  So that question takes that off the table.  You

2   know, that's all we're looking for.  And we can go through

3   that process.  If they don't have backups, if they don't keep

4   the technology, you know, they don't have access to the server

5   that was used by Mrs. Clinton, Ms. Mills, Ms. Abedin, you

6   know, all of those issues are then off the table.

7        But the final last issue is if Mrs. Clinton still has

8   this server that has at least all of her e-mails on it, if she

9   has the e-mails of Ms. Abedin on it.  We at least know that

10  Ms. Abedin used an e-mail address to conduct official

11  business.  It was huma@clintonemail.com.  I attached one of

12  those e-mails to the joint status report.  And then Ms. Mills,

13  we still don't know what e-mail addresses she was using when

14  she was not using state.gov because the Government redacted

15  the domain name.  So we don't know if Ms. Mills' e-mail

16  addresses were on this Clinton e-mail server that was set up

17  by Mrs. Clinton to conduct official business during her four

18  years as Secretary of State or if Ms. Mills was using another

19  e-mail server or another account to conduct official business.

20       So we're just looking for answers so that we can move the

21  process along, and so that we don't get stuck in the same

22  position we were.  They conduct searches, we say we trust you,

23  you did a good search and then the New York Times writes a

24  piece in another year and we have to reopen this case for a

25  second time.  We just don't think that makes a lot of sense.

1           THE COURT:  Right.  Counsel?

2           MR. WECHSLER:  Briefly, your Honor, the Plaintiff

3    spoke of moving the process along.  That's precisely what the

4    Department has done in the last 30 days.  They agreed on

5    search terms.  They conducted a search of 55,000 or so pages

6    of e-mails.  They conducted an additional search of the

7    e-mails provided to date by Ms. Mills and Ms. Abedin.  The

8    Department is not saying trust us, the Department is saying

9    here is what we've done, we will complete the process,

10   research the initial systems of record.  If necessary, we will

11   submit a declaration if the parties can't resolve --

12          THE COURT:  But the Plaintiff's not talking about

13   the initial systems of record, the Plaintiff appears to be

14   addressing systems of record that may exist outside of the

15   government agency.

16          MR. WECHSLER:  Those are not systems of record then.

17   The definition of system of record is in the agency.  That's

18   under the definition of the term system of record.

19          THE COURT:  So it would not be private servers?

20          MR. WECHSLER:  When we say private, what we're

21   saying is non state.gov.  So whether it's owned by a company

22   or individually is not our concern.  But the point is the FOIA

23   obligation is to search documents in the possession and

24   control of the Department.  There's no question we have done

25   that, and we are going to research those.  We've also agreed,

1  we've sent letters to all of the former --

2       THE COURT:  Alright.  The Plaintiff, let me just

3  pick up his argument though.  He says Mrs. Clinton or others

4  may have personal servers, they may have personal BlackBerries

5  that have government records.  Does the Government have an

6  obligation to attempt to search those potential records?

7       MR. WECHSLER:  No, but what the Government did is

8  send a letter -- two different sets of letters, one to the

9  former secretaries requesting that they provide all documents

10  that may be federal records including e-mails on a non

11  state.gov account.  The former secretary provided 55,000

12  pages.

13       THE COURT:  Right.

14       MR. WECHSLER:  The Government also sent a letter to

15  Ms. Mills and Ms. Abedin in particular requesting that they

16  send all federal records, and they're in the process of doing

17  that.  So they acknowledged the letter, they provided some

18  documents and that is the --

19       THE COURT:  Were they asked -- were any of those

20  individuals asked whether or not they maintained government

21  files on private servers, BlackBerries or other electronic

22  devices?

23       MR. WECHSLER:  They were simply asked to provide any

24  documents that may constitute federal records.  In other

25  words, that were sent during the course of the --

1          THE COURT:  I understand what you're saying, but

2    what about my question though?  Were they expressly asked

3    whether or not they maintained government files on any private

4    servers, BlackBerries or other electronic devices?  And if

5    not, why shouldn't they be asked that?

6          MR. WECHSLER:  They were asked for the actual

7    documents, the things.

8          THE COURT:  I understand that.  You just gave me

9    that answer twice, I understand that.  What about my question

10   though?  Were they asked whether or not they maintained

11   government files on any private -- let's just say electronic

12   devices or otherwise?

13         MR. WECHSLER:  I don't believe that the letters went

14   to that degree, but again --

15         THE COURT:  Why shouldn't they be asked that?

16         MR. WECHSLER:  Well, perhaps that would follow, but

17   I believe the initial --

18         THE COURT:  I think I should direct the Government

19   to ask that question of them.  Because if indeed the answer is

20   yes, then those would be devices that should be searched by

21   the Government.  Wouldn't you agree?

22         MR. WECHSLER:  No, I don't.  I think that --

23         THE COURT:  Let's talk about this for a second.

24   Alright, suppose the answer is yes, government files were

25   maintained on a private server, a BlackBerry device and a

1  laptop, and that's the answer.  Then what's the Government's

2  obligation, if any?

3         MR. WECHSLER:  The primary FOIA obligation is

4  documents that are in the possession of the Government,

5  documents created in the course of business that --

6         THE COURT:  I understand that, but I'm saying if in

7  response to your question the answer is oh yeah, by the way,

8  government records were maintained on my private iPhone or

9  Android or whatever it is and that's the answer, then the

10 Government has no obligation to search those records?

11        MR. WECHSLER:  Not to search.  The obligation is to

12 do what they've done which is to say if you have such

13 documents including personal e-mails, provide them to us.

14        THE COURT:  Okay.  Alright, we're talking around

15 this issue though.  It seems to me unless there's -- it seems

16 to me that the Government should be directed to ask those

17 individuals whether or not they did in fact maintain, keep,

18 whatever the language is, possess government materials on

19 private electronic devices or otherwise, just that question,

20 and get an answer.  And then we figure out what the

21 Government's obligation is at that point.

22        MR. WECHSLER:  I believe the answer was given

23 indirectly.  That is, by furnishing e-mails that were sent

24 from a non state.gov account, the answer is yes presumably.

25        THE COURT:  Have they responded that they furnished

1  all the government materials maintained on private servers, et

2  cetera?

3          MR. WECHSLER:  The documents that were --

4          THE COURT:  And if not, why shouldn't they?

5          MR. WECHSLER:  They are in the process of completing

6  that -- that initial documents were provided.

7          THE COURT:  I understand what Plaintiff's saying,

8  and I'm just trying to make it easier for everyone to get to

9  this information if the information exists.  I understand what

10  Plaintiff's saying, he makes a good point.  But there's one

11  thing about me sending the Government off on a fishing

12  expedition to try and find something.  There's another thing

13  though for the Government to ask former government employees

14  tell us whether or not you maintained our files on your

15  private servers and other electronic devices or otherwise.

16  And otherwise would be electronic devices or in that box in

17  their garage or whatever.  Tell us that.  And if the answer is

18  yes, you must declare under penalty whether or not you have

19  provided the Government with copies of all of those materials.

20  And if you haven't, give us those materials and then we

21  determine whether bases exist for other kinds of discovery.

22      But Counsel makes a good point, and I just think there's

23  some questions that need to be answered though.  You know, I'm

24  not going to send you off searching here, there and

25  everywhere.  But I think those very precise questions should

1  be directed to those three individuals for the purpose of

2  identifying whether or not there are other devices and

3  otherwise that are in existence that have materials that the

4  Government has that the Government's entitled to get.  That's

5  my point.

6            MR. WECHSLER:  Yeah, we submit that the next step

7  could be that the Government provide copies of the letters

8  that were sent to the former secretaries and to Ms. Mills and

9  Ms. Abedin.

10           THE COURT:  The Plaintiff's not seen those letters?

11           MR. WECHSLER:  They have seen -- they are attached

12  to some of their pleadings I believe.

13           THE COURT:  Well, if they're attached to their

14  pleadings they've seen them then I guess, right?

15           MR. WECHSLER:  Yeah.

16           THE COURT:  Wait a minute, I think Counsel --

17           MR. BEKESHA:  May I answer, your Honor?

18           THE COURT:  Yes.

19           MR. BEKESHA:  We asked the Government to provide

20  those letters, they did not provide them.  We have sent FOIA

21  requests asking for those records because the Government

22  wouldn't provide them in this case.

23           THE COURT:  But you're agreeable to providing those

24  letters now?

25           MR. WECHSLER:  Yes.

1    THE COURT:  Alright, okay.  Forthwith, that's fine.

2  And we can get to the bottom of this.  Look, I'm not going to

3  impose any unreasonable barriers on anyone, especially the

4  Government that's overburdened.  But fair is fair.  All

5  they're saying is, "You know, Judge, there may be other

6  devices that have this material."  I don't know that to be the

7  case, and you don't know.  But at least the question should be

8  asked.  And maybe the questions have already been asked and

9  answered.  And if so, the answers should be part of a

10  declaration from the Government so that the public -- that the

11  Plaintiffs know that the Government's been duly diligent and

12  asked the questions that should be asked.  I mean, all they're

13  trying to get is access to information that they're entitled

14  to have access to.  I'm not trying to trick you, you know, but

15  you're going to turn those letters over?

16    MR. WECHSLER:  Yes, your Honor.

17    THE COURT:  And the responses, right?

18    MR. WECHSLER:  Yes, your Honor.

19    THE COURT:  Okay, that's fine.  Do you have copies

20  today?

21    MR. WECHSLER:  I do not, but I can provide the

22  substance which was that there were requests to Ms. Mills and

23  Ms. Abedin that they make available to the Department any

24  federal records that they may have in their possession such as

25  e-mails concerning official government business sent or

1    received in a personal e-mail account while serving in their

2    official capacities with the Department if there is any reason

3    to believe that those records may not otherwise be preserved

4    in the Department's recordkeeping systems.

5            THE COURT:  Okay.  So they've been asked that it

6    sound like?

7            MR. WECHSLER:  Yes.

8            THE COURT:  And so all they need is a copy of that

9    letter to them, to those individuals, and a copy of their

10   responses, and then we can go from there.  I mean, I don't

11   think we can spend anymore time today.  I mean, I would like

12   to -- I still think what I'm proposing is not unreasonable,

13   that in the event they've not been asked to they should be

14   directed to, to tell you whether or not there are any

15   additional devices that have materials that have not been

16   heretofore turned over to the Government.

17           MR. WECHSLER:  They were asked to provide any such

18   documents.

19           THE COURT:  Alright.  I think you need to see the

20   letters anyway and the responses.  I mean, otherwise we're

21   just speculating about what should be done at this point.

22           MR. BEKESHA:  Thank you.

23           THE COURT:  But thank you very much, I appreciate

24   that.  Thank you.  Yes, Counsel?

25           MR. BEKESHA:  Two quick points, your Honor?

1          THE COURT:  Yeah, sure.

2          MR. BEKESHA:  I don't want to confuse anything more,

3  but also when I was talking about the BlackBerries and

4  desktops, I meant the ones that were officially issued by the

5  State Department.  So State Department BlackBerries of

6  Mrs. Clinton.

7          THE COURT:  That's why I said other devices or

8  otherwise or something like that.

9          MR. BEKESHA:  Some of those could be in the State

10  Department's possession, because arguably when Mrs. Clinton no

11  longer was Secretary of State she turned over her BlackBerry

12  that was issued by the State Department.

13          THE COURT:  Right.

14          MR. BEKESHA:  So the BlackBerry may not be in her

15  possession, it may be in the State Department's possession.

16  And that was another one of the questions we had.

17          THE COURT:  I see.  So then in other words, the

18  State Department could have that device and not had the

19  opportunity to search it because it was unaware that it had

20  it.  I mean, that's possible.

21          MR. BEKESHA:  Or that it needed to, that they had it

22  and they needed to because the records weren't in the box.

23          THE COURT:  Right.  Alright, here's what I'm going

24  to do.  You're going to get those questions -- you'll get a

25  copy of the letter to those individuals and a copy of the

1  responses from those individuals, you'll get that information.

2  And what I'm going to do since I don't know what the responses

3  are -- I have an idea of what the letters say -- I'm going to

4  issue a minute order that also directs the Government to ask

5  the questions that I think should be asked at this point.

6  Now, it may well be that those questions have been answered,

7  but I don't want to bring you back in a week or two weeks to

8  talk about okay, where do we go from here.  So I'm going to

9  issue that.  To the extent they've already been answered, then

10  of course the Government does not need to.  But I will add

11  that additional directive that other devices be identified

12  that may well be in the possession of the Government and have

13  not been searched by the Government.

14          MR. BEKESHA:  Okay, your Honor.  One other possible

15  question to be asked, during the hearing before Judge Leon,

16  the AP attorney -- that is the Plaintiff in that case, went

17  through a list of questions about employees that received the

18  letters that counsel was just referring to.  And the answer

19  is -- and I can submit the transcript, was for Mrs. Clinton,

20  she turned over 55,000 pages.  We don't know if that's

21  everything.  With respect to Mr. Reines, who's not at issue in

22  this case, he provided 20 boxes of records.  When asked is

23  that everything, the head of the FOIA for the State Department

24  said, "I don't know what he did."  So another question to --

25  that may be important to be posed to Ms. Mills, Ms. Abedin,

1  Mrs. Clinton is, "Have you produced everything?"  Because

2  right now, the State Department doesn't know if everything has

3  been produced that's in their possession, they just know that

4  something has been produced.

5          THE COURT:  I think that's fair, I'll do that.

6          MR. BEKESHA:  Thank you, your Honor.

7          THE COURT:  I'll try to put together a fair minute

8  order and I'll issue that.  I think that's fair.  If there are

9  objections then the Government can object, but I think that's

10 fair.  I'm going to direct that those letters -- was it just

11 one letter to each of the three individuals, Counsel, or a

12 series of letters, the letter and the responses?

13         MR. WECHSLER:  One letter to Ms. Mills and

14 Ms. Abedin, a separate letter was sent to former Secretary

15 Clinton.

16         THE COURT:  Alright.  And the Government has agreed

17 to turn over those letters and the responses to Plaintiff's

18 counsel and post them on the docket, correct?

19         MR. WECHSLER:  Yes.

20         THE COURT:  Alright, that's fine.

21         MR. BEKESHA:  I'm sorry, your Honor, my co-counsel

22 reminded me of one other small point.  As I demonstrated in

23 the joint status report, Ms. Abedin at least used one e-mail

24 address that was on clintonemail.com.  We don't know what

25 other e-mail accounts are on the server of Mrs. Clinton.  It

1   would be helpful for Mrs. Clinton to identify what -- if

2   Ms. Mills and Ms. Abedin used her server to conduct official

3   business.  Because Ms. Mills and Ms. Abedin may not have

4   access to the server, Mrs. Clinton may have it.

5           THE COURT:  I'm trying to make it easy for everyone,

6   that's why I said other devices, et cetera or otherwise.  So

7   we'll figure out some language to use to answer that

8   legitimate concern.

9           MR. BEKESHA:  Thank you, your Honor.

10          THE COURT:  Alright, we'll try to do that.  Anything

11  else?  Do we have another status hearing date?

12          MR. WECHSLER:  No, your Honor.

13          MR. BEKESHA:  No, your Honor.

14          THE COURT:  I should bring you back maybe after

15  Labor Day or so.  What about that?

16          MR. BEKESHA:  That's fine.

17          MR. WECHSLER:  That's fine.

18          THE COURT:  Alright.  Let's pick a date.  Counsel,

19  I'm going to suggest September the 10th at 10:00 o'clock.

20  Is that a bad date or bad time?  Good date?

21          MR. BEKESHA:  That's okay, your Honor.

22          THE COURT:  You sure?  Is that a bad date?  I mean,

23  if there's a better date I can give you --

24          MR. BEKESHA:  It's fine, your Honor.

25          THE COURT:  September the 10th at 10:00 a.m., and

1    that will be a status hearing.  We'll try to put together an

2    appropriate minute order that addresses the concerns.  Those

3    are good concerns, you'll get answers.  The Government is

4    going to research.

5        What about producing the results of the research that you

6    refer to in your status report filed yesterday, how much time

7    do you need for that?

8            MR. WECHSLER:  We suggest that 14 days to actually

9    do the search, notify Plaintiff of responsive records and then

10   process thereafter.

11           THE COURT:  I think that's fair enough, alright.

12   Anything else?

13           MR. BEKESHA:  No, your Honor.

14           THE COURT:  Alright, everyone have a nice weekend.

15   Good to see everyone.

16       (Proceedings concluded at 11:58 a.m.)

17

18

19

20

21

22

23

24

25

1                        C E R T I F I C A T E

2                    I, Jeff M. Hook, CSR, RPR, certify that the

3   foregoing is a correct transcript from the record of

4   proceedings in the above-titled matter.

5

6

7

8   Date: August 4, 2015          

9                              Jeff M. Hook, CSR, RPR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 1

10 [4]  12/6 12/7 12/8 13/5
10:00 [1]  28/19
10:00 a.m [1]  28/25
10th [2]  28/19 28/25
11:22 [1]  1/6
11:58 [1]  29/16
13-1363 [1]  2/2
13-CV-1363 [1]  1/4
1363 [2]  1/4 2/2
14 [1]  29/8
15 [1]  10/15
15-cv-785 [1]  10/19
17 [1]  3/13
1st [1]  2/23

## 2

20 [2]  1/18 26/22
20001 [1]  1/22
20024 [1]  1/15
2013 [1]  6/10
2015 [1]  1/5
202-354-3373 [1]  1/22
202-514-2705 [1]  1/19
202-646-5172 [1]  1/15
20530 [1]  1/18
2705 [1]  1/19

## 3

30 [1]  17/4
31 [1]  1/5
333 [1]  1/21
3373 [1]  1/22

## 4

425 [1]  1/14
4700-C [1]  1/21

## 5

5172 [1]  1/15
55,000 [11]  2/24 4/24 5/19 8/5 8/10 10/6
12/1 15/10 17/5 18/11 26/20

## 7

785 [1]  10/19

## 8

800 [1]  1/14

## 9

9:00 a.m [1]  5/7

## A

a.m [4]  1/6 5/7 28/25 29/16
Abedin [22]  3/1 5/5 8/5 8/14 9/3 9/6 9/10
11/1 13/19 14/18 16/5 16/9 16/10 17/7
18/15 22/9 23/23 26/25 27/14 27/23
28/2 28/3
able [1]  4/15
about [27]  5/4 5/15 5/19 5/21 7/11 11/21
12/4 12/6 12/6 12/8 12/11 12/16 12/25
13/1 13/10 14/2 17/12 19/2 19/9 19/23
21/11 24/21 25/3 26/8 26/17 28/15 29/5
above [1]  30/4
above-titled [1]  30/4
access [3]  13/13 23/14 28/4
account [5]  8/6 16/19 18/11 20/24 24/11
accounts [1]  27/25
acknowledged [1]  18/17
Act [4]  10/4 10/5 10/21 13/10
action [3]  2/2 9/3 10/15
actual [2]  12/3 19/6
actually [3]  5/12 11/21 29/8

addition [1]  6/7
additional [8]  3/2 3/10 5/17 9/21 9/25
17/6 24/15 26/11
address [7]  3/13 4/3 7/5 11/24 12/1
16/10 27/24
addresses [4]  3/24 16/13 16/16 29/2
addressing [2]  5/13 17/14
adequacy [1]  11/12
admit [1]  14/23
admits [1]  5/10
Adviser [1]  8/25
afield [1]  10/2
after [4]  5/8 7/10 12/23 28/14
again [7]  8/15 9/7 9/21 10/20 14/14
14/22 19/14
against [1]  10/5
agency [6]  7/22 15/3 15/3 15/7 17/15
17/17
agree [4]  2/20 11/14 11/15 19/21
agreeable [1]  22/23
agreed [10]  8/9 8/11 8/16 8/17 9/21
11/10 11/17 17/4 17/25 27/16
agreement [1]  9/22
aided [1]  1/25
aides [2]  3/24 12/4
all [36]
along [4]  2/7 2/12 16/21 17/3
already [3]  9/22 23/8 26/9
alright [16]  2/9 2/14 3/7 7/25 18/2 19/24
20/14 23/1 24/19 25/23 27/16 27/20
28/10 28/18 29/11 29/14
also [6]  3/14 13/20 17/25 18/14 25/3
20/22 22/12 24/3
Android [1]  20/9
another [11]  10/7 11/5 11/5 15/7 16/18
16/19 16/24 21/12 25/16 26/24 28/11
answer [14]  15/23 19/9 19/19 19/24
20/1 20/7 20/9 20/20 20/22 20/24 21/17
22/17 26/18 28/7
answered [4]  21/23 23/9 26/6 26/9
answers [3]  16/20 23/9 29/3
any [17]  8/5 9/2 9/4 9/21 9/25 10/13
10/16 18/19 18/23 19/3 19/11 20/2 23/3
23/23 24/2 24/14 24/17
anymore [1]  24/11
anyone [1]  23/3
anything [3]  25/2 28/10 29/12
anyway [1]  24/20
AP [2]  10/23 26/16
appear [1]  5/18
APPEARANCES [1]  1/12
appears [1]  17/13
apples [1]  11/4
appreciate [1]  24/23
appropriate [5]  11/11 12/23 14/1 15/16
29/2
are [34]
aren't [4]  6/21 7/1 14/12 14/20
arguably [3]  13/6 15/4 25/10
argument [1]  18/3
around [5]  6/10 10/17 13/21 15/22 20/14
as [17]  5/20 5/20 6/5 7/18 8/2 8/16 8/23
9/6 9/7 10/2 11/3 11/11 15/2 15/6 16/18
23/24 27/22
ask [4]  19/19 20/16 21/13 26/4
asked [22]  4/5 4/25 12/16 18/19 18/20
18/23 19/2 19/5 19/6 19/10 19/15 22/19
23/8 23/8 23/12 23/12 24/5 24/13 24/17
26/5 26/15 26/22
asking [1]  22/21
assurances [1]  8/6

at [33]  4/13 5/8 7/14 7/17 9/8 9/18
9/23 12/12 12/23 14/19 15/16 16/8 16/9
20/21 23/7 24/21 26/6 26/21 27/23
28/19 28/25 29/16
attached [3]  16/11 22/11 22/13
attempt [1]  18/6
attorney [3]  1/13 1/16 16/6
authorization [3]  9/9 9/13 11/3
available [1]  23/23
Avenue [2]  1/18 1/21

## B

back [6]  11/16 11/21 13/1 15/12 26/7
28/14
backup [4]  7/19 15/24 15/25 15/25
backups [2]  4/14 16/3
bad [3]  28/20 28/20 28/22
barriers [1]  23/3
bases [1]  21/21
basement [2]  4/12 15/22
be [62]
bear [2]  9/1 11/6
because [17]  3/10 3/20 4/16 5/16 6/14
6/20 7/23 10/3 11/15 16/14 19/19 22/21
25/10 25/19 25/22 27/11 28/3
been [22]  2/16 3/11 5/4 5/11 5/12 6/18
8/7 8/13 8/15 9/4 11/10 12/23 18/8
23/11 24/5 24/13 24/15 26/6 26/9 26/13
27/3 27/4
before [5]  1/10 3/19 7/10 10/7 26/15
behalf [1]  2/7
BEKESHA [1]  1/13 2/7
believe [8]  4/2 12/12 15/15 19/13 19/17
20/22 22/12 24/3
Berman [1]  2/13
better [2]  4/6 28/23
between [1]  9/6
bit [1]  6/14
BlackBerries [6]  15/22 18/4 18/21 19/4
25/3 25/5
BlackBerry [4]  4/10 19/25 25/11 25/14
Boasberg [1]  10/9
bottom [1]  23/2
box [8]  6/15 6/16 6/17 6/18 6/19 6/21
16/21 25/22
boxes [1]  26/22
Branch [1]  1/17
brief [1]  15/18
Briefly [1]  17/2
bring [3]  10/5 26/7 28/14
brought [2]  5/7 11/5
burdensome [1]  12/14
Bureau [2]  8/24 9/15
business [7]  3/25 16/11 16/17 16/19
20/5 23/25 28/3
but [35]

## C

CA [1]  1/4
Calling [1]  2/2
can [15]  4/19 5/9 6/15 10/7 11/24 15/9
16/2 16/20 23/2 23/21 24/10 24/11
26/19 27/9 28/23
can't [4]  6/19 15/22 15/25 17/11
can't resolve [1]  17/11
capacities [1]  24/2
case [21]  5/18 5/19 7/10 7/11 7/12 7/14
9/2 9/9 10/4 10/5 10/19 10/21 10/23
11/5 13/15 15/13 16/24 22/22 23/7
26/16 26/22
cases [8]  10/12 10/19 11/22 11/25 12/10
12/13 12/25 13/2
categories [1]  10/25

**C**

category [1] 8/17
Central [1] 8/25
certify [1] 30/2
cetera [2] 21/2 28/6
challenge [1] 11/11
changed [1] 3/5
civil [3] 1/17 2/2 10/15
clear [1] 4/23
clients [1] 9/10
Clinton [28] 3/23 4/9 4/24 5/5 7/4 7/20
 8/4 8/9 8/16 12/5 13/18 14/18 14/19
 14/23 14/25 16/5 16/7 16/16 16/17 18/3
 25/6 25/10 26/19 27/1 27/15 27/25 28/1
 28/4
Clinton's [2] 12/3 13/7
clintonemail.com [2] 16/11 27/24
closed [3] 7/10 7/11 7/14
co [1] 27/21
co-counsel [1] 27/21
colleague [1] 5/14
colleagues [2] 11/21 13/4
COLUMBIA [1] 1/1
come [2] 2/19 9/22 11/15
company [1] 17/21
compel [1] 13/11
complete [1] 17/9
completely [1] 10/25
completing [1] 21/5
computer [2] 1/25 4/8
computer-aided [1] 1/25
computers [1] 15/25
concern [4] 3/19 5/15 17/22 28/8
concerning [1] 23/25
concerns [3] 3/6 29/2 29/3
concluded [1] 29/16
conduct [12] 3/10 3/14 3/25 7/23 8/17
 9/20 13/24 16/10 16/17 16/19 16/22
 28/2
conducted [6] 3/11 8/7 9/24 13/21 17/5
 17/6
confuse [1] 25/2
confusing [1] 6/15
consolidation [1] 16/14
constitute [1] 18/24
Constitution [1] 1/21
contain [1] 4/9
contend [2] 4/4 6/6
contention [1] 3/4
continue [2] 7/15 7/17
contracts [2] 9/5 9/6
Contreras [2] 12/12 12/18
control [1] 17/24
copies [5] 5/5 5/8 21/9 22/7 23/19
copy [4] 24/8 24/9 25/25 25/25
correct [7] 2/17 7/3 7/16 10/22 15/10
 27/18 30/3
could [12] 4/13 4/14 6/13 6/17 7/16 7/18
 7/19 7/20 7/22 22/7 25/9 25/18
counsel [12] 2/4 8/1 11/20 17/1 21/22
 22/16 24/24 26/18 27/11 27/18 27/21
 28/18
course [3] 18/25 20/5 26/10
court [11] 1/1 1/10 1/20 3/20 5/6 5/9
 10/17 12/9 15/14 15/18 15/19
Courthouse [1] 1/21
created [1] 20/5
CSR [3] 1/20 30/2 30/9
cv [2] 1/4 10/19

**D**

database [1] 7/8

Date [10] 3/11 27/3 17/7 28/1 17/18
 28/20 28/20 28/22 28/23 30/8
date I [1] 28/23
Day [1] 28/15
days [2] 17/4 29/8
DC [4] 1/5 1/15 1/18 1/22
decision [1] 7/6
declaration [3] 9/23 17/11 23/10
declare [1] 21/18
Defendant [2] 1/7 1/16
definition [2] 17/17 17/18
degree [1] 19/4
demonstrated [1] 27/22
department [52]
Department's [5] 5/2 14/19 24/4 25/10
 25/15
desktop [2] 4/10 7/19
desktops [2] 15/21 25/4
detailing [1] 9/24
determine [1] 21/21
determined [4] 8/11 8/14 8/19 9/14
device [2] 19/25 25/18
devices [14] 4/8 4/14 10/2 18/22 19/4
 19/12 19/20 20/19 21/15 21/16 22/2
 23/6 24/15 25/7 26/11 28/6
did [11] 8/8 10/4 10/24 13/23 14/23
 15/12 16/23 18/7 20/17 22/20 26/24
didn't [8] 5/7 7/8 7/9 7/10 7/17 12/22
 14/18 14/19
different [8] 10/25 11/2 12/2 13/11
 13/13 13/14 18/8
diligent [1] 23/11
direct [2] 19/18 27/10
directed [3] 20/16 22/1 24/14
directive [1] 26/11
directs [1] 26/4
discovery [2] 10/2 21/21
discuss [2] 10/1 15/8
discussions [1] 7/15
disputes [1] 2/16
distinction [2] 10/20 10/23
DISTRICT [3] 1/1 1/1 1/11
Div [1] 1/17
do [18] 2/19 4/2 4/19 7/16 12/11 12/24
 15/10 20/12 23/19 23/21 25/24 26/2
 26/8 27/5 28/10 28/11 29/7 29/9
docket [1] 27/18
document [3] 2/15 3/13 3/13
documents [15] 8/8 8/13 9/7 9/21 17/23
 18/9 18/18 18/24 19/7 20/4 20/5 20/13
 21/3 21/6 24/18
documents that [1] 21/3
does [12] 3/6 3/12 3/15 3/17 5/3 5/10
 5/18 11/6 11/25 12/9 18/5 26/10
doesn't [2] 15/24 27/2
doing [4] 4/6 5/7 15/15 18/16
domain [1] 16/15
don't [29] 2/19 4/15 6/12 6/12 12/11
 12/14 12/21 13/8 13/23 15/7 15/16 16/3
 16/3 16/4 16/10 16/15 16/21 16/25
 19/13 19/22 23/6 23/7 24/10 25/2 26/2
 26/7 26/20 26/24 27/24
done [9] 5/7 5/20 6/19 11/16 17/4 17/9
 17/24 20/12 24/21
down [1] 12/25
duly [1] 23/11
during [4] 5/1 16/17 18/25 26/15

**E**

e-mail [14] 3/24 7/5 8/6 12/5 13/4 14/20
 16/10 16/13 16/15 16/16 16/19 24/1
 27/23 27/25
e-mails [26] 2/25 3/1 3/25 4/13 5/4 7/6

8/8 5/8 9/8 16/30/6 12/1 12/3 12/4
 13/7 13/12 14/16 16/8 16/9 16/12 17/6
 17/7 13/10 20/23 23/25
each [1] 27/11
easier [2] 6/14 21/8
easy [1] 28/5
efforts [1] 11/7
EGS [1] 1/4
electronic [7] 6/14 18/21 19/4 19/11
 20/19 21/15 21/16
electronically [1] 8/10
Elizabeth [2] 2/12
else [8] 4/19 5/21 6/1 6/1 6/22 7/18
 28/11 29/12
elsewhere [2] 6/25 7/2
EMMET [1] 1/10
employed [1] 9/11
employee [1] 11/3
employees [2] 21/13 26/17
employment [4] 9/11 9/13 11/3 11/4
engage [1] 9/10
enough [4] 5/24 15/11 15/14 29/11
entirely [1] 9/13
entitled [2] 22/4 23/13
equipment [2] 4/8 10/2
especially [1] 23/3
et [2] 21/1 28/6
even [1] 13/25
evening [1] 2/15
event [1] 24/13
ever [1] 13/19
everyone [4] 21/8 28/5 29/14 29/15
everything [5] 12/15 26/21 26/23 27/1
 27/2
everywhere [1] 21/25
evidence [2] 4/23 7/4
exact [1] 10/6
example [3] 4/7 6/13 9/14
exclusively [1] 14/18
Executive [3] 8/24 9/15 14/15
exercising [1] 11/7
exist [9] 6/12 6/13 7/18 7/18 7/19 7/20
 14/3 17/14 21/21
existence [1] 22/3
existing [1] 8/7
exists [1] 21/9
expected [2] 14/8 14/11
expects [1] 13/18
expedition [1] 21/12
expressly [1] 19/2
extent [2] 14/4 26/9
extremely [1] 9/2

**F**

face [1] 15/16
fact [5] 5/17 12/5 20/17
fair [7] 23/4 23/4 27/5 27/7 27/8 27/10
 29/11
fairly [1] 9/12
far [2] 9/7 10/2
federal [10] 1/17 6/17 10/4 10/5 10/21
 13/9 18/10 18/16 18/24 23/24
few [1] 5/9
figure [5] 4/19 7/15 15/14 20/20 28/7
filed [7] 2/15 2/22 2/22 3/3 7/12 8/3 29/6
files [9] 5/25 6/4 6/6 6/8 18/21 19/3
 19/11 19/24 21/14
final [1] 16/7
find [4] 5/22 7/22 9/21 21/12
fine [6] 23/1 23/19 27/20 28/16 28/17
 28/24
finish [1] 13/18
first [6] 3/6 6/10 7/17 11/25 13/21 15/20

**F**

fishing [1] 21/11
Fitton [1] 2/8
five [1] 10/25
FOIA [13] 3/3 4/21 4/25 5/3 9/2 10/3
10/24 12/4 15/11 17/22 20/3 22/20
26/23
follow [2] 9/19 19/16
following [2] 8/9 11/19
foregoing [1] 30/3
Foreign [1] 7/14
former [6] 18/1 18/9 18/11 21/13 22/8
27/14
forms [1] 9/3
Forthwith [1] 23/1
forward [1] 2/19
four [4] 5/16 7/4 15/3 16/17
furnished [1] 20/25
furnishing [1] 20/23

**G**

garage [1] 21/17
gave [1] 19/8
get [11] 5/7 16/21 20/20 21/8 22/4 23/2
23/13 25/24 25/24 26/1 29/3
gets [1] 6/14
give [2] 21/20 28/23
given [1] 20/22
go [7] 6/12 6/19 13/25 14/21 16/2 24/10
26/8
going [22] 8/23 11/21 13/3 14/13 14/15
14/17 14/20 14/21 15/5 15/10 17/25
21/24 23/2 23/15 23/23 25/24 26/2 26/3
26/8 27/10 28/19 29/4
good [14] 2/6 2/9 2/10 2/14 8/1 8/2
15/11 15/14 16/23 21/10 21/22 28/20
29/3 29/15
government [54]
Government's [5] 12/21 20/1 20/21 22/4
23/11
grow [1] 13/6
guess [1] 22/14

**H**

Hackett [1] 5/2
had [14] 4/5 4/6 7/13 7/15 8/7 8/15 8/18
9/22 12/5 15/12 25/16 25/18 25/19
25/21
handle [1] 13/2
happy [1] 5/8
has [16] 3/21 4/24 5/20 7/22 10/18 14/4
14/5 16/7 16/8 16/9 17/4 20/10 22/4
27/2 27/4 27/16
hasn't [1] 13/17
have [60]
haven't [3] 6/18 13/1 21/20
having [1] 11/22
he [9] 5/3 5/4 12/16 12/19 12/20 18/3
21/10 26/22 26/24
head [6] 4/25 5/2 15/2 15/3 15/6 26/23
hear [1] 7/25
heard [1] 13/1
hearing [8] 1/10 4/25 5/2 5/6 11/5 26/15
28/11 29/1
hearings [1] 12/24
held [1] 4/25
helpful [1] 28/1
her [11] 3/24 4/13 7/4 7/7 7/9 11/2 16/8
16/17 25/11 25/14 28/2
here [10] 5/9 5/20 6/17 6/22 10/21 11/7
13/15 17/9 21/24 26/8
here's [1] 25/23

his [1] 18/3
Honor [24] 2/6 2/10 2/18 2/21 3/17 7/3
8/2 8/3 11/13 11/24 17/2 22/17 23/16
23/18 24/25 26/14 27/6 27/21 28/9
28/12 28/13 28/21 28/24 29/13
HONORABLE [1] 1/10
HOOK [3] 1/20 30/2 30/9
hour [1] 5/6
how [1] 29/6
huma [1] 16/11
Human [2] 8/24 9/15
hundred [1] 6/18

**I**

I'll [4] 6/13 27/5 27/7 27/8
I'm [18] 5/8 10/14 11/21 13/3 20/6 21/8
21/23 23/2 23/14 24/12 25/23 26/2 26/3
26/8 27/10 27/21 28/5 28/19
I've [1] 6/19
idea [1] 26/3
identified [2] 8/20 26/11
identify [3] 2/4 15/20 28/1
identify what [1] 28/1
identifying [1] 22/2
if [39]
important [2] 4/18 26/25
impose [1] 23/3
improper [1] 13/15
in [69]
inadequate [1] 11/19
INC [3] 1/3 1/14 2/3
including [3] 9/5 18/10 20/13
incomplete [7] 3/11 3/21 3/23 6/10 7/13
7/24 14/14
indeed [1] 19/19
independent [1] 13/5
indirectly [1] 20/23
individual [1] 9/10
individually [1] 17/22
individuals [7] 18/20 20/17 22/1 24/9
25/25 26/1 27/11
information [8] 4/6 4/9 4/18 15/20 21/9
21/9 23/13 26/1
initial [7] 8/21 8/22 9/4 17/10 17/13
19/17 21/6
initially [1] 3/15
instance [1] 6/22
intentionally [1] 7/1
interested [1] 12/19
internet [1] 4/12
interrelation [1] 11/1
into [1] 6/14
invite [1] 11/20
involve [1] 10/24
involved [4] 2/24 11/1 11/2 11/2
involving [1] 10/19
iPhone [1] 20/8
is [88]
is the [1] 18/18
isn't [1] 14/2
issue [21] 3/2 3/6 3/7 3/13 3/16 3/19 4/3
5/13 5/18 7/16 9/8 10/6 15/7 15/18
15/23 16/7 20/15 26/4 26/9 26/21 27/8
issued [2] 25/4 25/12
issues [9] 2/23 3/4 3/6 8/4 10/13 12/2
12/2 15/8 16/6
it [60]
it's [9] 5/16 5/24 6/17 13/15 14/2 14/11
15/11 17/21 28/24
items [1] 10/2
its [7] 5/25 6/4 6/6 6/7 9/19 11/7 14/5

**J**

JEB [1] 10/20
JEFF [3] 1/20 30/2 30/9
joint [2] 2/22 8/3 16/12 27/3
judge [21] 1/11 4/24 5/14 5/15 10/7 10/8
10/8 10/9 10/11 10/12 10/13 11/19
11/22 12/9 12/12 12/15 12/17 13/2 13/8
23/5 26/15
judges [1] 11/23
judgment [1] 13/16
JUDICIAL [6] 1/3 1/14 2/3 2/7 10/18
11/25
July [2] 1/5 2/23
July 1st [1] 2/23
just [16] 4/15 6/19 13/4 15/16 16/20
16/25 18/2 19/8 19/11 20/19 21/8 21/22
24/21 26/18 27/3 27/10
Justice [2] 1/17 2/11

**K**

keep [2] 16/3 20/17
Kerry [1] 13/12
kicking [1] 10/16
kinds [1] 21/21
knew [1] 7/7
know [46]
known [1] 3/22
knows [2] 6/25 15/17

**L**

Labor [1] 28/15
language [2] 20/18 28/7
laptop [1] 20/1
last [4] 2/15 3/12 16/7 17/4
later [1] 15/13
lawsuit [3] 13/10 13/11 13/11
lawsuits [4] 10/16 12/7 12/8 13/6
learned [1] 13/22
least [5] 12/12 16/8 16/9 23/7 27/23
lecturn [1] 2/4
left [1] 4/11
Legal [1] 8/25
legitimate [1] 28/8
Leon [4] 4/24 5/14 10/8 26/15
Leon's [1] 5/15
let [5] 7/25 11/8 11/20 15/18 18/2
let's [3] 19/11 19/23 28/18
letter [10] 8/21 18/8 18/14 18/17 24/9
25/25 27/11 27/12 27/13 27/14
letters [14] 18/1 18/8 19/13 22/7 22/10
22/20 22/24 23/15 24/20 26/3 26/18
27/10 27/12 27/17
like [4] 6/9 24/6 24/11 25/8
likely [2] 8/19 9/17
limited [4] 4/18 9/2 9/5
list [1] 26/17
little [1] 6/14
longer [1] 25/11
look [2] 4/19 23/2
looking [4] 6/21 14/13 16/2 16/20
lot [1] 16/25

**M**

made [1] 15/4
mail [14] 3/24 7/5 8/6 12/5 13/4 14/20
16/10 16/13 16/15 16/16 16/19 24/1
27/23 27/25
mails [26] 2/25 3/1 3/25 4/13 5/4 7/6 8/4
8/5 8/10 8/16 10/6 12/1 12/3 12/4 13/7
13/12 14/16 16/8 16/9 16/12 17/6 17/7
18/10 20/13 20/23 23/25
maintain [1] 20/17
maintained [7] 18/20 19/3 19/10 19/25

maintained... [3]  20/8 21/1 21/14
make [5]  5/23 6/13 21/8 23/23 28/5
makes [4]  13/1 16/25 21/10 21/22
many [2]  10/18 11/23
Marcia [2]  2/12
Massachusetts [1]  1/18
material [1]  23/6
materials [6]  20/18 21/1 21/19 21/20
  22/3 24/15
matter [2]  13/7 30/4
may [33]
maybe [4]  10/12 15/5 23/8 28/14
me [17]  2/7 2/12 5/8 7/25 10/11 11/8
  11/20 11/22 11/22 13/5 13/7 18/2 19/8
  20/15 20/16 21/11 27/22
mean [10]  4/22 11/14 13/4 14/3 23/12
  24/10 24/11 24/20 25/20 28/22
meant [1]  25/4
mechanical [1]  1/24
media [1]  13/22
mentioned [2]  8/3 9/16
methods [1]  14/8
MICHAEL [2]  1/13 2/6
Mills [17]  3/1 5/5 8/5 8/13 13/20 14/18
  16/5 16/12 16/18 17/7 18/15 22/8 23/22
  26/25 27/13 28/2 28/3
Mills' [1]  16/15
mind [1]  1/12
minute [4]  22/16 26/4 27/7 29/2
mistaken [1]  13/22
more [4]  5/15 13/24 15/13 25/2
morning [7]  2/6 2/9 2/10 2/14 5/7 8/1 8/2
motion [1]  7/12
move [1]  16/20
moving [1]  17/3
Mr. [2]  5/2 26/21
Mr. Hackett [1]  5/2
Mr. Reines [1]  26/21
Mrs [1]  18/3
Mrs. [23]  3/23 4/9 4/24 5/5 7/20 12/3
  12/5 13/7 13/18 14/18 14/19 14/23
  14/25 16/5 16/7 16/17 25/6 25/10 26/19
  27/1 27/25 28/1 28/4
Mrs. Clinton [21]  3/23 4/9 4/24 5/5 7/20
  12/5 13/18 14/18 14/19 14/23 14/25
  16/5 16/7 16/17 25/6 25/10 26/19 27/1
  27/25 28/1 28/4
Mrs. Clinton's [2]  12/3 13/7
Ms [2]  17/7 18/15
Ms. [35]
Ms. Abedin [19]  3/1 5/5 8/14 9/3 9/6
  9/10 11/1 13/19 14/18 16/5 16/9 16/10
  22/9 23/23 26/25 27/14 27/23 28/2 28/3
Ms. Mills [15]  3/1 5/5 8/13 14/18 16/5
  16/12 16/18 17/7 18/15 22/8 23/22
  26/25 27/13 28/2 28/3
Ms. Mills' [1]  16/15
much [3]  12/22 24/23 29/6
must [1]  3/18
my [9]  5/13 9/18 11/21 13/4 19/2 19/9
  20/8 22/5 27/21

N

name [1]  16/15
narrow [1]  9/12
necessarily [1]  3/25
necessary [2]  9/23 17/10
need [6]  13/23 21/23 24/8 24/19 26/10
  29/7
needed [2]  25/21 25/22
New [1]  16/23

next [1]  22/6
nice [1]  29/14
no [15]  1/4 4/23 8/12 8/14 9/7 10/9
  15/21 17/24 18/7 19/22 20/10 25/10
  28/12 28/13 29/13
non [4]  3/24 17/21 18/10 20/24
not [67]
nothing [1]  5/21
notifications [1]  9/3
notify [1]  29/9
now [8]  3/5 7/17 9/1 10/20 15/12 22/24
  26/6 27/2
number [1]  10/10 10/15 10/19
NW [2]  1/18 1/21

O

o'clock [1]  28/19
object [1]  27/9
objection [1]  10/13
objections [1]  27/9
obligated [1]  5/22
obligation [11]  7/23 14/4 14/5 14/7 17/23
  18/6 20/2 20/3 20/10 20/11 20/21
obligations [1]  4/21
occasions [1]  12/13
occur [2]  13/16 13/17
occurred [1]  11/5
off [5]  15/23 16/1 16/6 21/11 21/24
Office [5]  8/24 8/25 9/15 14/15 14/17
offices [2]  8/20 9/16
official [8]  1/20 3/25 16/10 16/17 16/19
  23/25 24/2 28/2
officially [1]  25/4
oh [2]  10/18 20/7
okay [8]  3/12 20/14 23/1 23/19 24/5
  26/8 26/14 28/21
old [1]  7/19
on [34]
once [2]  14/14 15/12
one [25]  3/6 3/8 8/4 9/2 10/11 10/12
  10/13 11/1 11/22 12/10 12/13 12/13
  12/15 12/23 13/7 16/11 18/8 21/10
  25/16 26/14 27/11 27/13 27/22 27/23
ones [1]  3/3
only [2]  9/25 11/1
onto [1]  5/8
opportunity [1]  25/19
or [46]
oranges [1]  11/4
order [3]  26/4 27/8 29/2
Orfanedes [1]  2/8
originally [1]  4/5
other [25]  4/22 5/17 5/20 8/7 9/16 10/16
  10/20 10/23 12/4 13/25 14/3 18/21
  18/24 19/4 21/15 21/21 22/23 25/7
  25/17 26/11 26/14 27/22 27/25 28/6
others [1]  18/3
otherwise [10]  9/10 19/12 20/19 21/15
  21/16 22/3 24/3 24/20 25/8 28/6
our [6]  3/5 3/19 10/17 12/13 17/22 21/14
ours [1]  12/8
out [8]  4/7 4/19 7/16 12/24 13/6 15/14
  20/20 28/7
outside [4]  9/11 9/13 11/4 17/14
over [7]  5/4 5/16 23/15 24/16 25/11
  26/20 27/17
overburdened [1]  23/4
own [4]  5/25 6/4 6/6 6/8
owned [1]  17/21

P

pages [9]  2/25 4/24 5/19 6/18 8/5 8/11

paper [1]  6/16
paragraph [1]  3/12
part [1]  23/9
particular [1]  18/15
parties [3]  9/22 11/10 17/11
past [1]  3/22
Paul [1]  2/7
penalty [1]  21/18
pending [1]  10/7
people [1]  7/6
perhaps [1]  19/16
period [2]  5/16 6/4
permitted [1]  10/1
personal [7]  8/6 9/5 15/1 18/4 18/4
  20/13 24/1
personnel [2]  9/3 9/12
PETER [2]  1/16 2/10
pick [2]  18/3 28/18
piece [1]  16/24
place [1]  5/16
places [5]  5/9 6/11 7/21 7/22 15/20
Plaintiff [13]  1/4 1/13 8/4 8/21 10/1 11/6
  11/12 11/18 17/2 17/13 18/2 26/16 29/9
Plaintiff's [7]  9/1 11/20 17/12 21/7 21/10
  22/10 27/17
Plaintiffs [2]  10/4 23/11
pleadings [2]  22/12 22/14
please [1]  2/4
point [14]  5/9 7/14 9/18 9/23 11/2 11/25
  17/22 20/21 21/10 21/22 22/5 24/21
  26/5 27/22
points [1]  24/25
Policy [1]  9/1
posed [1]  26/25
position [5]  3/5 11/18 12/21 12/22 16/22
possess [1]  20/18
possession [8]  17/23 20/4 23/24 25/10
  25/15 25/15 26/12 27/3
possibilities [1]  4/16
possibility [1]  4/22
possible [3]  7/22 25/20 26/14
post [1]  27/13
potential [1]  18/6
precise [1]  21/25
precisely [1]  17/3
prepared [1]  10/14
preserved [1]  24/3
presumably [1]  20/24
pretty [1]  12/22
primarily [1]  5/19
primary [1]  20/2
private [13]  12/5 14/24 15/2 17/19 17/20
  18/21 19/3 19/11 19/25 20/8 20/19 21/1
  21/15
privileged [1]  11/18
probably [1]  7/14
proceedings [3]  1/24 29/16 30/4
process [7]  16/3 16/21 17/3 17/9 18/16
  21/5 29/10
processing [2]  5/16 9/25
produce [3]  11/11 14/9 14/12
produced [4]  1/25 27/1 27/3 27/4
producing [3]  11/17 13/18 29/5
Programs [1]  1/17
property [1]  15/6
proposing [2]  11/9 24/12
provide [10]  4/17 18/9 18/23 20/13 22/7
  22/19 22/20 22/22 23/21 24/17
provided [10]  3/1 8/13 8/22 9/4 17/7
  18/11 18/17 21/6 21/19 26/22
providing [1]  22/23
public [1]  23/10

**P**

purpose [1] 22/1
put [4] 6/16 6/18 27/7 29/1

**Q**

question [11] 15/23 16/1 17/24 19/2
 19/9 19/19 20/7 20/19 23/7 26/15 26/24
questions [9] 21/23 21/25 23/8 23/12
 25/16 25/24 26/5 26/6 26/17
quick [1] 24/25
quite [1] 13/17

**R**

raise [1] 13/4
raised [1] 8/4
reached [1] 12/24
read [1] 7/11
really [2] 9/8 11/6
reason [2] 13/15 24/2
reasonable [4] 6/20 9/14 11/7 11/15
reasonably [4] 8/19 9/17 14/8 14/11
reasons [1] 11/20
received [2] 24/1 26/17
record [13] 2/6 5/7 7/13 8/18 8/21
 17/10 17/13 17/14 17/16 17/17 17/18
 30/3
recorded [1] 1/24
recordkeeping [1] 24/4
records [68]
recover [1] 13/12
redacted [1] 16/14
refer [1] 29/6
referring [1] 26/18
regarding [2] 9/9 10/6
Reines [1] 26/21
related [3] 5/3 12/4 13/6
relating [1] 12/2
relevant [1] 6/4
relied [1] 13/20
remain [1] 3/6
remaining [1] 3/7
reminded [1] 27/22
reopen [3] 7/12 15/12 16/24
reopening [1] 9/9
report [7] 2/23 6/5 8/3 9/19 16/12 27/23
 29/6
reporter [3] 1/20 1/20 5/6
represent [1] 9/10
representing [1] 2/11
request [2] 9/2 10/3
requesting [2] 18/9 18/15
requests [5] 10/24 12/4 12/6 22/21
 23/22
research [9] 6/6 8/17 8/23 9/8 11/9
 17/10 17/25 29/4 29/5
resolve [3] 3/15 15/18 17/11
resolved [1] 2/16
resolving [2] 10/13 15/19
Resources [2] 8/24 9/15
respect [4] 2/21 11/12 13/9 26/21
respond [1] 10/14
responded [1] 20/25
response [1] 20/7
responses [7] 23/17 24/10 24/20 26/1
 26/2 27/12 27/17
responsive [9] 5/22 8/12 8/14 8/19 9/17
 9/25 14/9 14/12 29/9
result [1] 8/23
results [1] 29/5
returned [2] 5/11 5/12
revised [3] 3/14 8/18 9/20
right [11] 4/1 13/13 14/6 14/10 17/1

Room [1] 1/21
RPR [3] 1/20 30/2 30/9

**S**

said [12] 5/3 5/4 7/5 7/13 7/19 12/22
 12/24 13/18 14/25 25/7 26/24 28/6
same [6] 3/18 5/13 8/15 13/6 13/20
 16/21
satisfactory [1] 8/8
satisfied [2] 3/5 6/3
satisfy [2] 3/3 4/20
say [11] 5/25 6/19 10/15 11/16 11/18
 13/25 16/22 17/20 19/11 20/12 26/3
saying [12] 5/24 5/24 6/4 11/9 17/8 17/8
 17/21 19/1 20/6 21/7 21/10 23/5
says [2] 15/9 18/3
search [40]
searched [13] 3/15 4/13 4/14 4/15 5/25
 6/4 6/9 7/8 7/9 8/10 8/12 19/20 26/13
searches [10] 3/2 3/10 3/10 5/18 7/23
 8/7 9/24 13/24 15/11 16/22
searching [11] 3/18 5/19 6/1 6/7 6/10
 6/11 7/1 7/1 7/24 15/9 21/24
second [3] 8/12 16/25 19/23
Secretariat [3] 8/25 9/16 14/16
secretaries [2] 18/9 22/8
secretary [7] 7/4 13/11 14/17 16/18
 18/11 25/11 27/14
see [4] 11/8 24/19 25/17 29/15
seem [2] 6/24 10/1
seems [5] 2/15 11/22 13/7 20/15 20/15
seen [4] 2/17 22/10 22/11 22/14
send [4] 13/3 18/8 18/16 21/24
sending [1] 21/11
sense [1] 26/21
sent [9] 7/6 18/1 18/14 18/25 20/23 22/8
 22/20 23/25 27/14
separate [1] 27/14
September [2] 28/19 28/25
September the [2] 28/19 28/25
series [1] 27/12
server [16] 7/20 7/20 12/5 14/20 14/24
 15/1 15/5 15/5 16/4 16/8 16/16 16/19
 19/25 27/25 28/2 28/4
servers [8] 4/15 15/25 17/19 18/4 18/21
 19/4 21/1 21/15
services [1] 9/6
serving [1] 24/1
set [2] 9/12 16/16
sets [1] 18/8
several [3] 3/23 6/18 11/25
Shapiro [1] 2/12
she [18] 4/11 7/5 7/6 7/21 13/19 13/19
 14/23 14/25 15/2 15/3 15/4 15/4 15/6
 16/8 16/13 16/14 25/11 26/20
should [18] 4/3 5/25 6/7 10/1 10/12
 15/14 15/15 19/18 19/20 20/16 21/25
 23/7 23/9 23/12 24/13 24/21 26/5 28/14
shouldn't [6] 10/11 10/11 15/17 19/5
 19/15 21/4
shows [1] 7/4
simply [1] 18/23
since [1] 26/2
sit [1] 12/25
sitting [2] 4/12 15/22
small [1] 27/22
so [45]
some [11] 4/6 6/6 6/12 12/3 12/6 13/17
 18/17 21/23 22/12 25/9 28/7
something [7] 6/1 6/1 6/2 10/24 21/12
 25/8 27/4
somewhere [1] 6/21

sorted [1] 24/6
sound [1] 24/6
sounds [1] 13/13
special [1] 11/3
speculating [1] 24/21
speculation [1] 14/2
spend [2] 15/23 24/11
spoke [1] 17/3
standards [1] 3/3
start [1] 15/19
state [39]
state.gov [6] 7/5 15/1 16/14 17/21 18/11
 20/24
statement [1] 9/19
statements [1] 13/20
STATES [3] 1/1 1/6 1/11
status [10] 1/10 2/22 6/5 8/3 9/19 16/12
 27/23 28/11 29/1 29/6
stenography [1] 1/24
step [2] 15/20 22/6
still [5] 13/17 15/16 16/7 16/13 24/12
storage [1] 4/11
stored [1] 15/21
storing [1] 6/15
Street [1] 1/14
stuck [1] 16/21
subject [1] 11/11
subjected [1] 13/7
submit [3] 17/11 22/6 26/19
submitted [1] 9/24
substance [1] 23/22
such [5] 9/7 10/2 20/12 23/24 24/17
sufficient [2] 2/15 6/24 28/19 29/8
suggest [4] 2/15 6/24 28/19 29/8
suggestion [1] 9/18
Suite [1] 1/14
SULLIVAN [1] 1/10
summary [1] 19/16
suppose [1] 19/24
supposed [1] 14/16
sure [4] 5/23 11/24 25/1 28/22
SW [1] 1/14
system [7] 3/15 4/1 7/24 14/14 15/4
 17/17 17/18
systems [3] 3/18 3/21 3/23 4/7 6/11
 8/18 8/20 9/20 13/25 14/3 15/25 17/10
 17/13 17/14 17/16 24/4

**T**

table [3] 15/24 16/1 16/6
take [1] 15/15
taken [3] 5/11 5/16 13/12
takes [1] 16/1
taking [1] 13/22
talk [5] 10/13 11/21 12/25 19/23 26/8
talked [1] 13/10
talking [3] 17/12 20/14 25/3
technology [2] 10/3 16/4
tell [8] 7/8 7/9 7/10 7/17 7/18 21/14
 21/17 24/14
telling [1] 13/5
term [1] 17/18
terms [8] 3/19 8/9 8/11 8/15 9/22 11/10
 11/16 17/5
testify [1] 5/1
thank [7] 2/21 7/25 24/22 24/23 24/24
 27/6 28/9
that [233]
that's [37]
the former [1] 18/1
their [16] 3/5 4/20 12/4 12/21 13/20
 13/23 14/8 15/15 15/24 21/17 22/12
 22/13 23/24 24/1 24/9 27/3

them [10]  3/1 11/1 13/24 19/19 20/13 22/14 22/20 22/22 24/9 27/18
themselves [1]  2/4
then [25]  3/1 4/3 10/1 11/11 11/18 11/20 13/8 13/9 15/22 15/25 16/6 16/12 16/23 17/16 19/20 20/1 20/9 20/20 21/20 22/14 24/10 25/17 26/9 27/9 29/9
there [33]
there's [8]  4/23 12/8 17/24 20/15 21/10 21/12 21/22 28/23
thereafter [1]  29/10
these [15]  3/19 4/14 7/21 7/23 10/12 10/13 10/19 20/24 11/22 12/10 12/25 13/2 13/25 14/3 15/8
they [78]
they're [13]  6/10 6/11 6/21 6/21 7/1 14/15 14/17 14/21 18/16 22/13 23/5 23/12 23/13
they've [6]  2/16 20/12 22/14 24/5 24/13 26/9
thing [2]  21/11 21/12
things [1]  19/7
think [29]  4/5 7/4 11/14 11/15 11/20 11/23 12/20 12/22 12/23 13/1 13/15 13/23 15/16 15/17 15/18 16/25 19/18 19/22 21/22 21/25 22/16 24/11 24/12 24/19 26/5 27/5 27/8 27/9 29/11
think that [1]  19/22
third [5]  1/14 3/2 3/16 4/3 8/16
this [30]  4/9 4/17 5/7 6/5 7/13 7/20 9/2 9/18 10/3 10/3 10/6 11/16 11/17 11/17 12/9 15/5 15/13 15/17 16/8 16/16 16/24 19/23 20/15 21/9 22/22 23/2 23/6 24/21 26/5 26/22
those [38]
though [7]  14/2 18/3 19/2 19/10 20/15 21/13 21/23
three [9]  2/23 3/4 3/22 8/4 8/6 9/8 10/12 22/1 27/11
through [6]  8/10 9/4 9/19 13/22 16/2 26/17
time [13]  5/17 6/4 6/10 12/23 13/17 13/21 13/24 15/13 15/17 16/25 24/11 28/20 29/6
Times [1]  16/23
titled [1]  30/4
today [4]  10/15 15/19 23/20 24/11
together [2]  27/7 29/1
told [1]  7/9
Tom [1]  2/8
too [1]  11/23
topic [1]  9/8
transcript [5]  1/10 1/24 5/6 26/19 30/3
transcription [1]  1/25
transmittal [1]  8/21
TRIAL [1]  1/16
trick [1]  23/14
tried [1]  15/8
trust [3]  15/10 16/22 17/8
try [4]  21/12 27/7 28/10 29/1
trying [6]  4/18 15/14 21/8 23/13 23/14 28/5
turn [2]  23/15 27/17
turned [4]  5/4 24/16 25/11 26/20
twice [1]  19/9
two [10]  3/5 3/6 3/22 5/6 8/5 9/4 12/12 18/8 24/25 26/7

U

U.S [2]  1/17 1/21
unaware [1]  25/19

under [4]  4/21 15/11 17/18 21/18
understand [9]  5/23 6/5 11/8 19/1 19/8 19/9 20/6 21/7 21/9
UNITED [3]  1/1 1/6 1/11
unless [1]  20/15
unplugged [1]  4/11
unreasonable [2]  23/3 24/12
unresolved [1]  4/4
until [2]  5/7 15/17
unwilling [1]  4/17
up [2]  16/16 18/3
upon [3]  8/16 11/6 11/10
us [15]  4/17 4/17 7/8 7/9 7/9 7/10 7/17 7/18 10/12 15/10 17/8 20/13 21/14 21/17 21/20
use [3]  14/19 15/5 28/7
used [12]  3/24 4/9 7/5 7/21 11/16 14/23 14/25 15/2 16/5 16/10 27/23 28/2
using [7]  8/15 9/21 11/10 14/8 16/13 16/14 16/18

V

value [1]  15/16
versus [1]  2/3
very [8]  4/18 4/18 10/2 11/2 13/11 13/14 21/25 24/23

W

wait [4]  13/16 13/23 15/17 22/16
want [7]  5/23 6/12 12/21 12/25 14/21 25/2 26/7
wants [1]  14/13
was [37]
Washington [4]  1/5 1/15 1/18 1/22
WATCH [6]  1/3 1/14 2/3 2/7 10/18 11/25
way [5]  10/4 10/10 20/7
we [65]
we'll [3]  28/7 28/10 29/1
we're [13]  4/18 5/9 10/20 11/17 13/5 15/9 15/10 15/12 16/2 16/20 17/20 20/14 24/20
we've [7]  11/16 11/16 11/17 15/8 17/9 17/25 18/1
WECHSLER [2]  1/16 2/11
Wednesday [1]  4/25
week [1]  26/7
weekend [1]  29/14
weeks [1]  26/7
well [8]  5/20 6/2 6/9 15/11 19/16 22/13 26/6 26/12
went [3]  4/11 19/13 26/16
were [34]
were sent [1]  18/25
weren't [1]  25/22
what [44]
what's [3]  11/17 15/14 20/1
whatever [6]  2/16 11/5 11/18 20/9 20/18 21/17
when [15]  2/22 2/24 2/25 3/3 4/10 6/9 6/14 7/8 13/18 15/18 16/13 17/20 25/3 25/10 26/22
whenever [1]  13/16
where [9]  4/19 5/9 5/21 6/11 6/13 6/23 7/18 14/13 26/8
whether [17]  3/2 3/9 3/20 5/10 5/17 11/6 15/1 17/21 18/20 19/3 19/10 20/17 21/14 21/18 21/21 22/2 24/14
which [9]  3/8 5/20 10/8 12/17 13/24 14/4 15/20 20/12 23/22
while [3]  4/10 9/11 24/1
who [2]  12/9 15/17
who's [5]  5/2 26/21

when [6]  2/17 18/5 19/15 21/4 25/7 28/6
will [14]  3/9 3/14 3/25 6/5 6/5 9/7 9/20 10/15 13/19 13/25 17/9 17/10 26/10 29/1
within [2]  4/8 4/20
won't [1]  13/24
word [2]  13/23 15/15
words [2]  18/25 25/17
work [2]  4/17 5/3
would [17]  2/3 2/24 2/25 3/18 3/18 7/7 7/15 9/16 12/14 13/8 14/1 17/19 19/16 19/20 21/16 24/11 28/1
would then [1]  13/8
wouldn't [3]  7/14 19/21 22/22
writes [1]  16/23

Y

yeah [6]  10/18 13/14 20/7 22/6 22/15 25/1
year [3]  5/16 15/13 16/24
years [5]  3/22 3/22 7/5 15/3 16/18
yes [13]  2/18 11/13 19/20 19/24 20/24 21/18 22/18 22/25 23/16 23/18 24/7 24/24 27/19
yesterday [2]  2/22 29/6
York [1]  16/23
you [61]
you'll [3]  25/24 26/1 29/3
you're [10]  5/25 7/4 11/9 11/9 13/5 14/13 19/1 22/23 23/15 25/24
your [27]  2/6 2/10 2/18 2/21 3/17 7/3 8/2 8/2 11/13 11/24 17/2 20/7 21/14 22/17 23/16 23/18 24/25 26/14 27/6 27/21 28/9 28/12 28/13 28/21 28/24 29/6 29/13