UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-CV-1363 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S REQUEST FOR EXTENSION OF TIME (OPPOSED)

Defendant hereby requests an extension of time from August 19 to August 26, 2015 to file a status report pursuant to the Court's August 17 Order, and from August 20 to August 27 for the next status conference.

As grounds for this request, defendant states that the two DOJ supervisors who are responsible for this case and related FOIA cases are currently on vacation, and that the additional time is required for defendant to respond to the August 17 Order.

Plaintiff's counsel stated that plaintiff opposes this request.

Dated: August 18, 2015

        Respectfully submitted,

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        MARCIA BERMAN
        Assistant Director

        */s/ Peter T. Wechsler*
        PETER T. WECHSLER (MA 550339)
        Senior Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Washington, D.C. 20530
        Tel.: (202) 514-2705