UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-CV-1363 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO STATUS REPORT**

In the Declaration of John F. Hackett dated August 14, 2015 (ECF No. 26-1), the U.S. Department of State responded to the Court's order directing the Department, as related to Judicial Watch's FOIA requests in this case, to "identify any and all servers, accounts, hard drives, or other devices currently in the possession or control of the State Department or otherwise *that may contain responsive information*." July 31, 2015 Minute Order, ¶ 1 (emphasis added).

Although plaintiff asserts that the Department failed to address several issues with respect to devices, see Plaintiff's Response to Defendant's August 14, 2015 Status Report (Pl. Resp.) (ECF No. 27), plaintiff overlooks the highlighted phrase quoted above from the July 31 Order, thereby criticizing the Department for failing to discuss devices that *no longer exist or* that the State Department reasonably determined *do not contain responsive information*.

For example, Plaintiff errs in contending (Pl. Resp. ¶ 3) that the Department "made no effort whatsoever" to gather information regarding any electronic devices used by former Secretary Clinton, Huma Abedin, and Cheryl Mills. After the Department conducted an inquiry,

for purposes of responding to the Court's directive, into any personal computing devices that it issued to these employees, the Department did not locate any such devices that may contain records responsive to plaintiff's FOIA requests.  Accordingly, Mr. Hackett stated that the Department "is not currently aware of any personal computing devices issued by the Department to former Secretary Clinton, Ms. Abedin, or Ms. Mills *that may contain records responsive to plaintiff's FOIA request*."  Hackett Decl. ¶ 8 (emphasis added).

For these reasons, plaintiff's contentions miss the mark.  Nevertheless, the Declaration of Joseph E. Macmanus, filed herewith, further states the Department's inquiries to the Office of Information Resource Management within the Office of the Executive Secretariat ("S/ES-IRM"), which is the office responsible for issuing Department electronic devices to Principal officials.  See Macmanus Decl. ¶ 4.  The Department's electronic records systems and accounts, such as state.gov email accounts, are generally housed on Department servers.  Id. ¶ 3.

Finally, plaintiff makes assertions regarding two additional former Department employees.  See Pl. Res. at ¶ 6.  Using search terms agreed upon by the parties, the Department is conducting a revised search of the offices and agency records systems that were initially searched.  See Defendant's July 30 Status Report.  The Department identified five of its offices and record systems that were reasonably likely to contain responsive records.  See Hackett Decl. ¶ 5.  Within S/ES, the Department identified the state.gov accounts of Ms. Abedin, Ms. Mills, and two other former officials.  Id. at ¶ 7.  Former Secretary Clinton did not use a state.gov account. [1]  Macmanus Decl. ¶ 5.  In the process of conducting a revised search of S/ES, the

---

[1] The Department conveyed this information to plaintiff in a declaration filed in another case. See Declaration of John F. Hackett Regarding Exemptions, n.6, filed July 7, 2015 in Judicial Watch v. Dep't of State (D.D.C. No. 14-cv-01242) (Exh. 1).

Department retrieved potentially responsive emails sent to or from Ms. Abedin and the state.gov accounts of an Administrative Officer for S/ES and a Senior Advisor in the Office of the Under Secretary for Management's White House Liaison Office.  Id.  As a result, in addition to searching the state.gov email accounts of Ms. Abedin and Ms. Mills, the Department initiated searches of those other two individuals' state.gov accounts.  Id.

DATED:  August 19, 2015                    Respectfully submitted,

                                                        BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director

 */s/ Peter T. Wechsler*
PETER T. WECHSLER (MA 550339)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov
Counsel for Defendant

3