UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| Plaintiff, ) | |
| v. ) | No. 13-cv-1363-EGS |
| U.S. DEPARTMENT OF STATE, ) | |
| Defendant. ) | |

## DECLARATION OF JOSEPH E. MACMANUS

Pursuant to 28 U.S.C. § 1746, I, Ambassador Joseph E. Macmanus, declare and state as follows:

1. I am the Executive Secretary of the Department of State. In this capacity, I am the Department official responsible for the activities of the Office of the Executive Secretariat ("S/ES"), which serves as the liaison between the Department's bureaus and the offices of the Secretary, Deputy Secretary, and Under Secretaries. I make the following statements based upon my personal knowledge, which in turn is based upon information furnished to me in the course of my official duties.

2. I have been informed that Plaintiff submitted a FOIA request to the Department for:

    Any and all SF-50 (Notification of Personnel Action) forms for Ms. Huma Abedin.

    Any and all contracts (including, but not limited to, personal service contracts) between the Department of State and Ms. Huma Abedin.

    Any and all records regarding, concerning, or related to the authorization for Ms. Huma Abedin to represent individual clients and/or otherwise engage in outside employment while employed by and/or engaged in a contractual arrangement with the Department of State.

3. The Department determined that five of its offices and agency records systems were reasonably likely to contain responsive records. See August 14 Declaration of John Hackett at ¶ 5. The Department's electronic records systems and accounts, such as state.gov email accounts, are generally housed on Department servers.

4. The Department is not aware of any personal computing devices issued by the Department to former Secretary Clinton, Ms. Abedin, or Ms. Mills that may contain records responsive to plaintiff's FOIA request. The Office of Information Resource Management within the Office of the Executive Secretariat ("S/ES-IRM") is the office responsible for issuing Department electronic devices to officials within the Office of the Secretary. S/ES-IRM does not believe that any personal computing device was issued by the Department to former Secretary of State Hillary Clinton, and has not located any such device at the Department. S/ES-IRM believes that Ms. Mills and Ms. Abedin were each issued BlackBerry devices. S/ES-IRM has not located any such device at the Department. S/ES-IRM's standard procedure upon return of such devices is to perform a factory reset (which removes any user settings or configurations) and then to re-issue the device to another employee, to destroy it, or to excess it. Because the devices issued to Ms. Mills and Ms. Abedin would have been outdated models, in accordance with standard operating procedures those devices would have been destroyed or excessed. As stated above, the state.gov email accounts themselves are generally housed on the Department's servers.

5. Within S/ES, the Department identified the state.gov accounts of Huma Abedin, Cheryl Mills, and two other former officials. Id. at ¶ 7. In the process of conducting a revised search of S/ES, the Department retrieved potentially responsive emails sent to or from Ms. Abedin and the state.gov accounts of an Administrative Officer for S/ES and a Senior Advisor in

the Office of the Under Secretary for Management's White House Liaison Office. As a result, in addition to searching the state.gov email accounts of Ms. Abedin and Ms. Mills, the Department initiated searches of those other two individuals' state.gov accounts. Former Secretary of State Hillary Clinton did not use a state.gov account.

***

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __19__ day of August 2015, Washington, D.C.

_____
Joseph E. Macmanus