# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 13-CV-1363 (EGS) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S NOTICE OF FILING

Defendant U.S. Department of State ("State") respectfully submits the attached letter dated February 2, 2016 from the FBI to State. This letter updates the FBI's September 21, 2015 letter that State submitted to the Court in a filing made on that day. Def.'s Status Report, Exh. C (ECF No. 37).

DATED: February 8, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director

*/s/ Peter T. Wechsler*
PETER T. WECHSLER (MA 550339)
STEVEN A. MYERS (NY 4823043)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov

Counsel for Defendant