

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

February 2, 2016

Mary McLeod, Esq.
U.S. Department of State
2201 C Street N.W.
Washington, D.C. 20530

Dear Ms. McLeod:

    I am writing to update my September 21, 2015, response to your letter dated September 2, 2015, regarding *Judicial Watch v. Department of State*, 13-cv-1363 (D.D.C.), and your request for information pursuant to the Court's Order of August 20, 2015. At that time, I informed you that the FBI could neither confirm nor deny the existence of any on-going investigation. Since that time, in public statements and testimony, the Bureau has acknowledged generally that it is working on matters related to former Secretary Clinton's use of a private e-mail server. The FBI has not, however, publicly acknowledged the specific focus, scope, or potential targets of any such proceedings. Thus, while the FBI's response to you has changed to some degree due to these intervening events, we remain unable provide the requested information without adversely affecting on-going law enforcement efforts.

Sincerely,

*James A. Baker*

James A. Baker
General Counsel