**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>  Defendant. | Civil Action No.: 13-cv-1363 (EGS) |

## CERTIFICATE OF CONFERRAL

As required by Fed. R. Civ. P 26(c) and LCvR7(m), I hereby certify that I have conferred with the parties in this case in an attempt to resolve our dispute without the Court's intervention. The Department of State does not take any position on this motion; Judicial Watch opposes our request. Judicial Watch has agreed, however, that it will not disseminate recordings of Ms. Mills' deposition pending the Court's ruling on this Motion.

*/s/ Beth A. Wilkinson*
*Counsel for Cheryl D. Mills*
