# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No.: 13-cv-1363 (EGS) |

## **[PROPOSED] ORDER**

Upon consideration of the motion by non-party deponent Cheryl Mills, it is hereby:

**ORDERED** that all parties are prohibited from publicly releasing the audiovisual recordings of Ms. Mills' deposition.

_____         _____
     Date                                             EMMET G. SULLIVAN, United States District Judge