# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>   Defendant. | No. 1:13-cv-01363-EGS |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that David E. Kendall of Williams & Connolly LLP hereby enters his appearance on behalf of non-party Hillary Rodham Clinton in the above-captioned matter.

Dated: July 12, 2016

Respectfully submitted,

/s/ David E. Kendall
David E. Kendall (D.C. Bar No. 252890)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
dkendall@wc.com

*Counsel for Non-Party Hillary Rodham Clinton*

## CERTIFICATE OF SERVICE

I, David E. Kendall, counsel for non-party Hillary Rodham Clinton, certify that, on July 12, 2016, a copy of this Entry of Appearance was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

/s/ David E. Kendall  
David E. Kendall