IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | No. 1:13-cv-01363-EGS |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Katherine M. Turner of Williams & Connolly LLP hereby enters her appearance on behalf of non-party Hillary Rodham Clinton in the above-captioned matter.

Dated: July 12, 2016

    Respectfully submitted,

    /s/ Katherine M. Turner
    Katherine M. Turner (D.C. Bar No. 495528)
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 434-5000
    Facsimile: (202) 434-5029
    kturner@wc.com

    *Counsel for Non-Party Hillary Rodham Clinton*

**CERTIFICATE OF SERVICE**

I, Katherine M. Turner, counsel for non-party Hillary Rodham Clinton, certify that, on July 12, 2016, a copy of this Entry of Appearance was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

/s/ Katherine M. Turner
Katherine M. Turner