**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    Defendant. | No. 1:13-cv-01363-EGS |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Amy Mason Saharia of Williams & Connolly LLP hereby enters her appearance on behalf of non-party Hillary Rodham Clinton in the above-captioned matter.

Dated: July 12, 2016

                                          Respectfully submitted,

                                          /s/ Amy Mason Saharia
                                          Amy Mason Saharia (D.C. Bar No. 981644)
                                          WILLIAMS & CONNOLLY LLP
                                          725 Twelfth Street, N.W.
                                          Washington, DC 20005
                                          Telephone: (202) 434-5000
                                          Facsimile: (202) 434-5029
                                          asaharia@wc.com

                                          *Counsel for Non-Party Hillary Rodham*
                                          *Clinton*

**CERTIFICATE OF SERVICE**

I, Amy Mason Saharia, counsel for non-party Hillary Rodham Clinton, certify that, on July 12, 2016, a copy of this Entry of Appearance was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

/s/ Amy Mason Saharia
Amy Mason Saharia