**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                   )
JUDICIAL WATCH,                    )
                                   )
            Plaintiff,             )
                                   )  Civil Action No. 13-1363
      v.                           )
                                   )
                                   )
U.S. DEPARTMENT OF STATE           )
                                   )
            Defendant.             )
_____)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Judicial Watch's Motion for Permission to Depose Hillary Clinton, Clarence Finney, and John Bentel is **GRANTED IN PART** and **DENIED IN PART**; and it is

**FURTHER ORDERED** that the State Department shall release all remaining documents responsive to Judicial Watch's Freedom of Information Act request by no later than September 30, 2016; and it is

**FURTHER ORDERED** that, consistent with Rule 33 of the Federal Rules of Civil Procedure, Judicial Watch may serve interrogatories on Secretary Clinton by no later than October 14, 2016; and it is

**FURTHER ORDERED** that, consistent with Rule 33 of the Federal Rules of Civil Procedure, Secretary Clinton's responses are due by no later than thirty days thereafter; and it is

**FURTHER ORDERED** that Judicial Watch may not depose Mr. Finney; and it is

**FURTHER ORDERED** that Judicial Watch may depose Mr. Bentel by no later than October 31, 2016; and it is

**FURTHER ORDERED** that the parties shall submit a joint proposal for further proceedings in this case by no later than November 30, 2016.

SO ORDERED.

**Emmet G. Sullivan**
**United States District Court**
**August 19, 2016**