UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-CV-1363 (EGS) |
| UNITED STATES DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

## UNITED STATES' NOTICE REGARDING SEALED DOCUMENT

1. On June 10, 2016, the United States filed a Statement of Interest concurring in the request of nonparty deponent Bryan Pagliano to file certain exhibits *ex parte* and under seal (ECF # 93). The Court subsequently granted Mr. Pagliano's motion and sealed the exhibits in question by Minute Order dated June 14, 2016.

2. The Chairman of the House Committee on Oversight and Government Reform has demanded that the Department produce, prior to 10:00 am on September 22, 2016, a copy of one of the sealed exhibits for its inspection.

3. The Department intends to make the document available for the Committee's review at 9:00 am tomorrow morning. The review will take place *in camera*, at the Rayburn House Office Building. No public disclosure is contemplated absent further proceedings to determine whether the Court should amend its prior order.

Dated: September 21, 2016           Respectfully submitted,

                                    BENJAMIN C. MIZER
                                    Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director

*/s/ Jennie L. Kneedler*
Jennie L Kneedler
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel. (202) 305-8662
Fax (202) 616-8470
Email: Jennie.L.Kneedler@usdoj.gov
D.C. Bar # 500261

Attorneys for the United States