IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No.: 13-cv-1363 (EGS) |

**NON-PARTY DEPONENT HUMA ABEDIN'S OPPOSITION TO JUDICIAL WATCH'S MOTION TO UNSEAL AUDIOVISUAL RECORDINGS OF ALL DEPOSITIONS**

Non-party deponent Huma M. Abedin opposes plaintiff Judicial Watch's motion to unseal the audiovisual recordings of all depositions taken in this matter, including her own. See Fed. R. Civ. P. 26(c)(1). Ms. Abedin's interests in opposing Judicial Watch's motion are congruent with the interests of non-party deponent Cheryl Mills, and Ms. Abedin adopts the arguments advanced in Ms. Mills' opposition to the motion.

Dated: December 19, 2016

Respectfully submitted,

 */s/ Karen L. Dunn*
Karen L. Dunn (D.C. Bar No. 1002520)
Michael A. Brille (D.C. Bar No. 459049)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
KDunn@BSFLLP.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2016, the foregoing notice was served upon the parties in this case via email to the lead attorney for each party at the email address listed on the docket.

                                            */s/ Karen L. Dunn*
                                            Counsel for Huma M. Abedin