IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 13-cv-1363 (EGS) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S NOTICE OF EVIDENCE RELEVANT TO ITS MOTION
TO COMPEL SECRETARY CLINTON TO ANSWER INTERROGATORY 14**

1. Plaintiff submits this notice regarding new evidence that pertains directly to Plaintiff's currently pending motion to compel and, in particular, Interrogatory 14 of that motion.

2. Interrogatory 14 seeks to uncover why Secretary Clinton continued using a personal BlackBerry to conduct State Department business after being advised of the risks in doing so. This interrogatory is pertinent because Secretary Clinton's personal BlackBerry was an integral part of the operation of the clintonemail.com system, a subject squarely within the scope of discovery. It was how she accessed her email. Without her personal BlackBerry, there likely would have been no clintonemail.com system because the Secretary did not use a desktop or laptop and a State Department BlackBerry would have linked to an official "state.gov" email account.

3. Specifically, Interrogatory 14 asks whether Secretary Clinton reviewed a March 6, 2009 Information Memo from Assistant Secretary of State for Diplomatic Security Eric J. Boswell to Ms. Mills in which he wrote that he "cannot stress too strongly, however, that any unclassified BlackBerry is highly vulnerable in any setting to remotely and covertly monitoring

conversations, retrieving email, and exploiting calendars," and, if Secretary Clinton did review the memo, why did she continue using an unclassified BlackBerry to access her clintonemail.com email account to conduct official State Department business?

4. Plaintiff recently received evidence that demonstrates that Secretary Clinton reviewed the Information Memo or, at a minimum, was informed about the substance of it.

5. On March 8, 2009, just two days after the Information Memo was sent to Ms. Mills, Secretary Clinton wrote in an email, "Against the advice of the security hawks, I still do carry my berry." *See* Exhibit A.

6. The fact that Secretary Clinton continued to use a personal BlackBerry to conduct State Department business after being advised of the risks of doing so – now more than ever before – raises the obvious question: "Why?"

Dated: June 8, 2017                                         Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff Judicial Watch, Inc.*