UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 13-CV-1363 (EGS) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE

On June 23, 2017, Defendant U.S. Department of State ("State") advised the Court that "[o]n June 15, 2017, the FBI provided a disc to State for review and determination as to whether any of its contents constitute agency records of State pursuant to the Federal Records Act." ECF No. 163 at 1. On July 27, 2017, State informed the Court that it had "determined that there are approximately seven thousand documents on the disc provided to State by the FBI," but that it had "not yet finally determined how many of these documents are agency records" or "determined how many of these documents are duplicates of documents already in State's possession." ECF No. 164 at 1. State indicated that it would "provide further updates to the Court on the status of its appraisal and deduplication efforts as circumstances warrant." *Id.* at 2.

State now respectfully advises the Court that on December 29, 2017, it completed its production of documents from this disc by producing to Judicial Watch and posting to State's web site (in a case pending before Judge Howell and in response to a FOIA request not currently in litigation) 147 unique agency records. *See generally* Joint Status Report, *Judicial Watch, Inc. v. United States Department of State*, ECF No. 26, 15-cv-684 (BAH) (D.D.C. Dec. 29, 2017).

Those documents are available online at the following locations: U.S. Department of State, Freedom of Information Act, Virtual Reading Room: Litigation_F-2015-06322, https://foia.state.gov/Search/Results.aspx?collection=Litigation_F-2015-06322; and U.S. Department of State, Freedom of Information Act, Virtual Reading Room, FOIA_AW-Dec2017, https://foia.state.gov/Search/Results.aspx?collection=FOIA_AW_Dec2017.

Dated: January 4, 2018              Respectfully submitted,

                                    CHAD A. READLER
                                    Acting Assistant Attorney General

                                    MARCIA BERMAN
                                    Assistant Director

                                    */s/ Steven A. Myers*
                                    STEVEN A. MYERS (NY 4823043)
                                    Trial Attorney
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    20 Massachusetts Avenue, N.W.
                                    Washington, D.C. 20530
                                    Tel.: (202) 305-8648
                                    Fax: (202) 616-8460
                                    Email: steven.a.myers@usdoj.gov

                                    Attorneys for Defendant