

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
—
A LIMITED LIABILITY PARTNERSHIP

October 4, 2018

**VIA ECF**

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re:     September 26, 2018 Minute Order in *Judicial Watch v. Department of State* **(1:13-cv-01363-EGS)**

Judge Sullivan:

I write on behalf of my client, Ms. Cheryl Mills, in response to your Minute Order of September 26, 2018.  Ms. Mills intends to file a supplemental pleading in response to your Order, but she has been unable to obtain a copy of her deposition recording.  As a result of this Court's seal, the Court reporter will only release a copy of the recording to the parties of this lawsuit, which excludes Ms. Mills.  Ms. Mills therefore requests an order of this Court permitting her access to the video recording of her deposition in this matter.

Sincerely,

Beth A. Wilkinson
*Counsel for Cheryl Mills*