UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF STATE,

Defendant.

Case No. 1:13-cv-01363 (EGS)

**SUBMISSION OF NON-PARTY HUMA M. ABEDIN IN RESPONSE TO
ORDER REGARDING JUDICIAL WATCH'S MOTION TO UNSEAL**

Non-party deponent Huma M. Abedin makes this submission in response to the Court's

September 26, 2018 Minute Order ("Order") regarding Plaintiff Judicial Watch's motion to

unseal the video recordings of multiple non-parties' depositions taken in this proceeding,

including that of Ms. Abedin.  Ms. Abedin joins fully in the arguments set forth in non-party

Cheryl Mills' submission in response to the Order, and opposes Judicial Watch's motion to

unseal deposition video recordings.

**I.     The Law Supports Maintaining The Deposition Videos Under Seal.**

For the reasons stated in Ms. Mills' submission, and in prior submissions from the State

Department, Ms. Mills, and Ms. Abedin (Dkts. 154, 155, 157), Ms. Abedin continues to oppose

Judicial Watch's motion to unseal all audiovisual recordings of depositions taken in this

proceeding, including her own.  Ms. Abedin respectfully submits that the public's "right to

know" about her deposition—which Judicial Watch asserts as the basis for its request—is fully

satisfied by the release of the full transcript of that deposition, made public by Judicial Watch the

1

very next day after it was completed,[1] and filed publicly on the docket more than two years ago. Dkt. 129. Furthermore, there is no common law right of access to her deposition video. *See Application of Am. Broad. Cos., Inc.*, 537 F. Supp. 1168, 1171-72 (D.D.C. 1982). Given that the public's right to know is fully satisfied and there is no common law right of access, the Court should deny Judicial Watch's motion because any marginal benefit the video recording may provide to the public (and Ms. Abedin disputes there is any) is vastly outweighed by the very real likelihood that the video recording would be used, or doctored or manipulated, in ways to "annoy[], embarrass[], oppress[], or undu[ly] burden" Ms. Abedin. Fed. R. Civ. P. 26(c)(1).

## II. Unsealing The Video Would Likely Subject Ms. Abedin, A Private Citizen Who Has Been Publicly Attacked In The Past, To Indefensible And Unwarranted Embarrassment and Burden.

Ms. Abedin is a private citizen, whose tenure at the State Department ended more than five years ago and tenure as a presidential campaign official ended nearly two years ago. She has a young son for whom she is the primary caregiver. In light of an unfortunately extensive history of being subjected to indefensible and unwarranted public attacks, counsel submits that the release of any portion of her deposition video would likely be used to manipulative, harassing or other inappropriate ends.

Ms. Abedin has been subjected to discriminatory attacks in the past. In 2012, five Republican members of Congress launched a public smear campaign against Ms. Abedin, alleging she has family ties to the Muslim Brotherhood.[2] The allegations were completely false

---

[1] *See* Judicial Watch, Press Room, Clinton Email Update: Judicial Watch Releases Former Clinton Deputy Chief of Staff Huma Abedin Deposition Testimony (June 29, 2016), https://www.judicialwatch.org/press-room/press-releases/clinton-email-update-judicial-watch-releases-former-clinton-deputy-chief-staff-huma-abedin-deposition-testimony/.
[2] *See, e.g.*, Ed O'Keefe, John McCain defends Huma[] Abedin against accusations she's part of conspiracy, *Washington Post*, (July 18, 2012), https://www.washingtonpost.com/blogs/2chambers/post/john-mccain-defends-huma-abedin-against-accusations-shes-part-of-conspiracy/2012/07/18/gJQAFpxntW_blog.html?; Scott Wong, McCain blasts attacks on Abedin, *Politico* (July 18, 2012), https://www.politico.com/story/2012/07/mccain-blasts-unjust-attacks-vs-abedin-078666.

and quickly denounced by others, including the late Senator John McCain.  Notwithstanding the swift and near uniform denouncement of these attacks, attacks spawned by this event have been consistent and persistent over the last six years.[3]  Even today, some people persist in their racist beliefs about Ms. Abedin and continue to spread these lies about her.[4]

More recently, Ms. Abedin was named as a co-defendant in two baseless lawsuits predicated on falsehood upon falsehood of a fantastical conspiracy to hack voter data in the 2016 election.  Last month, this court dismissed those suits as frivolous under Federal Rule of Civil Procedure 12(h)(3), but the plaintiff persists in pursuing his delusional lawsuit against Ms. Abedin and others and filed an appeal.  *See Sweigert v. Perez et al.*, Case No. 17-cv-02223-RC (D.D.C.), Dkts. 30, 31 (Sept. 20, 2018); *Sweigert v. Podesta et al.*, Case No. 17-cv-02330-RC (D.D.C.), Dkts. 51-52 (Sept. 20, 2018); *id.* Dkt. 53 (Oct. 5, 2018) (notice of appeal).

Ms. Abedin should not be required to defend against racist or other delusional attacks on her, her character, or her family.  If history is any guide, the release of the video recording would likely subject her to such offenses.  As it did with other deponents, a group produced a dramatic reenactment of portions of Ms. Abedin's deposition and posted it to YouTube, where it has been viewed over 200,000 times.[5]  Viewers of the video have lodged all kinds of bigoted, oppressive, and harmful comments just based on a reenactment of a small portion of the nearly four hours-long deposition Judicial Watch seeks to release.  For example, just four months ago, one viewer commented, "Its prefectly [sic] normal for an islamic [sic] person to lie and befriend others for their long term goal" and another stated, "Hang her HIGH !!!".  And two years ago, a viewer

---

[3] *E.g.*, Kenneth R. Timmerman, Huma Abedin's ties to the Muslim Brotherhood, *The Hill* (Aug. 23, 2016) https://thehill.com/blogs/pundits-blog/presidential-campaign/292310-huma-abedins-ties-to-the-muslim-brotherhood (contributing editorialist writing that Ms. Abedin "is nothing short of a Muslim Brotherhood princess, born into an illustrious family of Brotherhood leaders").

[4] *E.g.*, Voice America, Q-Anon Exposed Huma Abedin Muslim brotherhood ties with Hillary Clinton (May 30, 2018) https://www.youtube.com/watch?v=h7JLVjkrnUg.

[5] Phelim McAleer, Clinton Emails on Film – Huma Abedin's Deposition (July 6, 2016), https://www.youtube.com/watch?v=UopsQyMfy24.

commented, "Maybe, sometime in the future, Huma will be exposed as a Muslim Brotherhood operative, but we can continue to fantasize about the day these creatures will actually pay for the damage they have done to this country."[6]

The public release of her video would likely be used to fuel anew false and specious attacks on her character and her family, or to unfairly and unfoundedly degrade her years of public service. There would be no shortage of inflammatory and derogatory comments regarding Ms. Abedin if the video is unsealed. Ms. Abedin's counsel cannot begin to predict all of the ways that someone could use the video recording to such ends. Simply put, and as evidenced by the lengthy history of what she has been subjected to, there is no limit to others' imaginations.

Counsel has reviewed the entire video of Ms. Abedin's deposition. There is no particular part of the video or of Ms. Abedin's testimony that would necessarily be more likely than any other to be used to embarrass, annoy, unduly burden, or oppress Ms. Abedin. *See* Fed. R. Civ. P. 26(c)(1). Rather, because any portion or portions (or the entirety) of the video would likely be used to harm Ms. Abedin and/or her family, the entire video should remain sealed.

### III.    Conclusion

For the foregoing reasons and for the reasons set forth in Ms. Mills' submission in which Ms. Abedin fully joins, we respectfully request that the Court maintain under seal the entirety of the video recording of Ms. Abedin's deposition.

Dated: October 22, 2018                    Respectfully submitted,

                                                 By:    */s/  Karen L. Dunn*
                                                         Karen L. Dunn (D.C. Bar No. 1002520)
                                                         Martha L. Goodman (D.C. Bar No. 1017071)
                                                         BOIES SCHILLER FLEXNER LLP
                                                         1401 New York Avenue, N.W.

---

[6] *Id.*

Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
mgoodman@bsfllp.com

*Attorneys for Non-party Deponent Huma M. Abedin*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October 2018, I caused to be filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice to all counsel of record.


Dated: October 22, 2018                    By: _/s/ Karen L. Dunn_____
                                               Karen L. Dunn