**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
JUDICIAL WATCH, INC.,                    )
                                                          )
     Plaintiff,                              )
                                                          )
          v.                                )     Civil Action No. 13-CV-1363 (EGS)
                                                          )
UNITED STATES DEPARTMENT OF     )
STATE,                                              )
                                                          )
     Defendant.                           )
_____)

## <ins>JOINT STATUS REPORT</ins>

     Plaintiff Judicial Watch and Defendant U.S. Department of State respectfully submit this

status report concerning their efforts to resolve this litigation.  Counsel for the parties have reached

an agreement in principle that, if finalized and approved, will either eliminate or significantly

reduce the need for further litigation in this Court.  The parties therefore respectfully suggest that

they submit a further joint status report by no later than May 31, 2019.

Dated:  April 30, 2019                          Respectfully submitted,

<ins>/s/ Michael Bekesha</ins>                     JOSEPH H. HUNT
Michael Bekesha                              Assistant Attorney General
D.C. Bar No. 995749
JUDICIAL WATCH, INC.                     MARCIA BERMAN
425 Third Street S.W., Suite 800       Assistant Director
Washington, DC 20024
(202) 646-5172                                  <ins>/s/ Steven A. Myers</ins>
                                                          STEVEN A. MYERS (NY 4823043)
*Counsel for Plaintiff*                          Trial Attorney
                                                          United States Department of Justice
                                                          Civil Division, Federal Programs Branch
                                                          1100 L St., NW
                                                          Washington, D.C. 20005
                                                          Tel.: (202) 305-8648
                                                          Fax: (202) 616-8470
                                                          Email: steven.a.myers@usdoj.gov

*Attorneys for Defendant*